

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

MH:JL:sw
F. #2007R00730
discovery 1

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

February 11, 2008

All Counsel of Record

   Re: United States v. Joseph Agate, et al.
     Criminal Docket No. 08 CR 76 (NGG)

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case.  The government requests reciprocal discovery from the defendants.

Wiretap Materials

   The materials described below are located at First Choice Copy (Jagg Management).  You may obtain these materials by contacting Joe Meisner at (718) 381-1480 x212.  Please reference print order number **86007**.

   1. Wiretap Affidavits, Applications, Orders and Related Documents

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 1 | Minimization Instructions dated 10/8/04 | -- | -- |
| 2 | Minimization Instructions dated 11/9/04 | -- | -- |
| 3 | Minimization Instructions dated 11/19/04 | -- | -- |
| 4 | Extended and Amended Eavesdropping Warrant and Supporting Documents dated 12/9/04 | Barry A. Cozier | 732-921-3219 |
| 5 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD04-186 dated 12/9/04 | Barry A. Cozier | 732-921-3219 |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 6 | Minimization Instructions dated 12/21/04 | -- | -- |
| 7 | Minimization Instructions dated 1/7/05 | -- | -- |
| 8 | Minimization Instructions dated 2/4/05 | -- | -- |
| 9 | Minimization Instructions dated 2/18/05 | -- | -- |
| 10 | Minimization Instructions dated 3/4/05 | -- | -- |
| 11 | Eavesdropping Warrant and Supporting Documents[1] dated 4/15/05 | Barry A. Cozier | 201-538-1866 |
| 12 | Minimization Instructions dated 4/15/05 | -- | -- |
| 13 | Extended and Amended Eavesdropping Warrant and Supporting Documents dated 5/17/05 | Barry A. Cozier | 201-538-1866 |
| 14 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD05-053 dated 5/17/05 | Barry A. Cozier | 201-538-1866 |
| 15 | Minimization Instructions dated 5/17/05 | -- | -- |
| 16 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD05-055 dated 6/16/05 | Robert A. Spolzino | 201-538-1866 |
| 17 | Order For a Pen Register and Trap and Trace Device and Supporting Documents[2] dated 7/27/05 | Robert A. Spolzino | 718-704-6841 |

---

[1]   Supporting documents consist of orders to telephone companies, application and affidavits in support.

[2]   Supporting documents consist of orders to telephone companies and application.

2

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 18 | Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 10/19/05 | Sondra Miller | 347-436-5983 631-288-1001 |
| 19 | Eavesdropping Warrant and Supporting Documents dated 3/10/06 | Robert A. Spolzino | 347-682-0465 |
| 20 | Order For Pen Register and Trap and Trace Device and Supporting Documents dated 3/10/06 | Robert A. Spolzino | 347-682-0465 |
| 21 | Minimization Instructions dated 3/14/06 | -- | -- |
| 22 | Amended Eavesdropping Warrant and Supporting Documents dated 3/30/06 | Robert A. Spolzino | 347-682-0465 |
| 23 | Amended Eavesdropping Warrant ane Supporting Documents dated 3/31/06 | Robert A. Spolzino | 347-682-0465 718-541-4303 646-996-0658 917-886-0461 646-201-8180 917-838-6083 |
| 24 | Minimization Instructions dated 3/31/06 | -- | -- |
| 25 | Extended Eavesdropping Warrant and Supporting Documents dated 4/12/06 | Reinaldo E. Rivera | 347-682-0465 |
| 26 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher #PCSD06-064 dated 4/13/06 | Mark C. Dillon | 347-682-0465 718-541-4303 646-996-0658 917-886-0461 646-201-8180 917-838-6083 |
| 27 | Minimization Instructions dated 5/2/06 | -- | -- |
| 28 | Amended Eavesdropping Warrant and Supporting Documents dated 5/2/06 | Robert A. Spolzino | 347-682-0465 347-628-9115 347-598-2640 646-261-9890 |

3

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 29 | Order For Pen Register and Trap and Trace Device and Supporting Documents dated 5/2/06 | Robert A. Spolzino | 347-628-9115<br>347-598-2640<br>646-261-9890 |
| 30 | Extended Eavesdropping Warrant and Supporting Documents dated 5/12/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 31 | Amended and Extended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 5/12/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 32 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-069 dated 5/12/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 33 | Amended Eavesdropping and Supporting Documents dated 5/25/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 34 | Extended Eavesdropping Warrant and Supporting Documents dated 6/9/06 | Robert A. Spolzino | 646-261-9890 |
| 35 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-072 dated 6/9/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 36 | Minimization Instructions dated 6/29/06 | -- | -- |
| 37 | Extended and Amended Eavesdropping Warrant and Supporting Documents dated 7/6/06 | Robert A. Spolzino | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |

4

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 38 | Extended and Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 7/6/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 39 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-081 dated 7/6/06 | Robert A. Spolzino | 646-261-9890 |
| 40 | Minimization Instructions dated 7/6/06 | -- | -- |
| 41 | Extended Eavesdropping Warrant and Supporting Documents dated 8/4/06 | Robert J. Lunn | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 42 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-085 dated 8/4/06 | Robert J. Lunn | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 43 | Minimization Instructions dated 8/25/06 | -- | -- |
| 44 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 9/1/06 | Daniel F. Luciano | 646-261-9890<br>347-598-2098<br>917-216-0702<br>718-219-0593<br>347-752-7034<br>516-554-1957 |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 45 | Extended and Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 9/1/06 | Daniel F. Luciano | 347-682-0465<br>646-261-9890<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203<br>718-219-0593<br>347-752-7034<br>516-554-1957 |
| 46 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-089 dated 9/1/06 | Daniel F. Luciano | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 47 | Minimization Instructions dated 9/5/06 | -- | -- |
| 48 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 9/29/06 | Robert J. Lunn | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897 |
| 49 | Amended Order For Pen Register and Trap and Trace Device and Supporting Documents dated 9/29/06 | Robert J. Lunn | 347-682-0465<br>646-261-9890<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203<br>718-219-0593<br>347-752-7034<br>516-554-1957<br>347-860-4124<br>646-266-0897 |
| 50 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-093 dated 9/29/06 | Robert J. Lunn | 646-261-9890<br>347-598-2098<br>917-216-0702<br>718-219-0593<br>347-752-7034<br>516-554-1957 |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 51 | Minimization Instructions dated 9/29/06 | -- | -- |
| 52 | Amended Eavesdropping Warrant and Supporting Documents dated 10/11/06 | Robert J. Lunn | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383<br>917-844-0563 |
| 53 | Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents  dated 10/11/06 | Robert J. Lunn | 347-682-0465<br>646-261-9890<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203<br>718-219-0593<br>347-752-7034<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383 |
| 54 | Minimization Instructions dated 10/11/06 | -- | -- |
| 55 | Amended Eavesdropping Warrant and Supporting Documents dated 10/23/06 | David S. Ritter | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383<br>917-844-0563 |
| 56 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 10/27/06 | Gabriel Krausman | 347-860-4124<br>917-844-0563<br>347-751-9497<br>917-592-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738 |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 57 | Amended and Extended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 10/27/06 | Gabriel Krausman | 347-682-0465<br>646-261-9890<br>347-860-4124<br>917-844-0563<br>347-751-9497<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738 |
| 58 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-099 dated 10/27/06 | Gabriel Krausman | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383<br>917-844-0563 |
| 59 | Amended and Extended Eavesdropping and Video Surveillance Warrant and Supporting Documents dated 11/21/06 | Robert A. Spolzino | 347-860-4124<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>347-907-0573<br>631-645-0600<br>718-477-3050<br>646-464-0384<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>Avenue U<br>Sausage and<br>Peppers,<br>5800 Avenue<br>U, Brooklyn |

8

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 60 | Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 11/21/06 | Robert A. Spolzino | 347-682-0465<br>646-261-9890<br>347-860-4124<br>917-844-0563<br>347-751-9497<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>347-907-0573<br>631-645-0600<br>718-477-3050<br>646-464-0384<br>718-444-9559<br>718-252-1534<br>718-377-9659 |
| 61 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-103 dated 11/21/06 | Robert A. Spolzino | 347-860-4124<br>917-844-0563<br>347-751-9497<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738 |
| 62 | Minimization Instructions dated 11/21/06 | -- | -- |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 63 | Amended and Extended Eavesdropping and Video Surveillance Warrant and Supporting Documents dated 12/20/06 | Gabriel Krausman | 631-645-0600<br>646-464-0384<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>347-244-5812<br>917-622-7787<br>917-422-2255<br>Avenue U<br>Sausage and<br>Peppers,<br>5800 Avenue<br>U, Brooklyn |
| 64 | Extended and Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 12/20/06 | Gabriel Krausman | 631-645-0600<br>646-464-0384<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>347-244-5812<br>917-622-7787 |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|---------------------|-------|--------------|
| 65 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-106 dated 12/20/06 | Gabriel Krausman | 347-860-4124<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>347-907-0573<br>631-645-0600<br>718-477-3050<br>646-464-0384<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>Avenue U Sausage and Peppers, 5800 Avenue U, Brooklyn |
| 66 | Minimization Instructions dated 12/20/06 | -- | -- |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 67 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-001 dated 1/9/07 | Daniel D. Angiolillo | 631-645-0600 646-464-0384 718-627-9429 516-378-9658 516-378-9649 516-378-9648 718-377-9032 718-251-9768 718-251-9668 718-251-9738 718-444-9559 718-252-1534 718-377-9659 347-244-5812 917-622-7787 917-422-2255 Avenue U Sausage and Peppers, 5800 Avenue U, Brooklyn |
| 68 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 1/18/07 | Robert A. Spolzino | 646-464-0384 347-244-5812 917-622-7787 917-422-2255 718-427-3737 |
| 69 | Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 1/18/07 | Robert A. Spolzino | 718-427-3737 |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 70 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-003 dated 1/18/07 | Robert A. Spolzino | 631-645-0600<br>646-464-0384<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>347-244-5812<br>917-622-7787<br>917-422-2255<br>Avenue U<br>Sausage and<br>Peppers,<br>5800 Avenue<br>U, Brooklyn |
| 71 | Extended Eavesdropping Warrant and Supporting Documents dated 2/16/07 | Anita R. Florio | 347-244-5812<br>917-622-7787<br>917-422-2255 |
| 72 | Extended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 2/16/07 | Anita R. Florio | 347-244-5812<br>917-622-7787 |
| 73 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-009 dated 2/16/07 | Anita R. Florio | 646-464-0384<br>347-244-5812<br>917-622-7787<br>917-422-2255<br>718-427-3737 |
| 74 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-015 dated 3/15/07 | Robert A. Spolzino | 347-244-5812<br>917-622-7787<br>917-422-2255 |

2.   Audio and Data CDs[3]

| | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 75 | 718-948-1573<br>C.V. Vollaro<br>665 Craig Avenue<br>Staten Island, NY<br>(Dump Masters) | Sarah Dauria<br>Joseph Spinnato |
| 76a - 76d | 718-605-6726<br>Amanda Dohner<br>7 Herrick Avenue<br>Staten Island, NY | Mario Cassarino<br>Thomas Cacciopoli |
| 77a - 77b | 718-477-9599<br>Joseph Vollaro<br>333 Chelsea Avenue<br>Staten Island, NY | Joseph Spinnato<br>Sarah Dauria<br>Mario Cassarino |
| 78 | 718-477-5553<br>Catherine Vollaro<br>333 Chelsea Road<br>Staten Island, NY | Joseph Spinnato<br>Sarah Dauria<br>Mario Cassarino |
| 79a - 79c | 917-416-6778<br>Mario Cassarino<br>Attn: Jo Tap<br>149 Lipsett Avenue<br>Staten Island, NY | Joseph Spinnato |
| 80 | 732-921-3219<br>Anthony O'Donnell<br>41 Avenue G<br>Monroe Township, NJ | -- |
| 81a - 81j | 201-538-1866<br>Nesco Inc.<br>211 W. 5th Street<br>Bayonne, NJ<br>(Used by Nick Calvo) | Gino Cracolici<br>Michael King |

---

[3]   The CDs may contain some or all of following: (1) linesheets; (2) telephone call audio files; and (3) pen register information.

| | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 82a - 82f | 347-682-0465<br>R. Ranieri<br>282 Morningstar Road, Fl 2<br>Staten Island, NY<br>(Used by James Outerie) | Richard Ranieri<br>Ronald Flam<br>Jerry Romano<br>Giulio Pomponio<br>Billy Connor<br>Edward Sobel<br>John Pisano<br>Cody Farrell<br>Lance Moskowitz<br>Tara Vega<br>Joseph Gaggi<br>John Regis<br>Vincent Donnis<br>Ernest Grillo<br>Leonard DiMaria<br>Steven Iaria<br>Joseph Casiere<br>Anthony Giammarino |
| 83 | 718-541-4303<br>Jerry Romano<br>168 Carroll St.<br>Brooklyn, NY<br>(Used by Romano) | Jerry Romano<br>James Outerie |
| 84a - 84b | 646-996-0658<br>Giulio Pomponio<br>63 Heinz Avenue<br>Staten Island, NY<br>(Used by Pomponio) | Giulio Pomponio<br>James Outerie |
| 85a - 85b | 917-886-0461<br>Rachel Connor<br>128 Graves St.<br>Staten Island, NY<br>(Used by Billy Connor) | Billy Connor<br>James Outerie |
| 86a - 86b | 646-201-8180<br>Christina Lowe<br>1331 Coney Island Ave.<br>Brooklyn, NY<br>(Used by Edward Sobel) | Edward Sobel<br>James Outerie |

| | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 87 | 917-838-6083<br>John Pisano<br>1154 62nd St.<br>Brooklyn, NY<br>(Used by John Pisano) | John Pisano<br>James Outerie<br>Richard Ranieri |
| 88 | 347-628-9115<br>Prepaid<br>(Used by James Outerie) | James Outerie<br>Richard Ranieri<br>Billy Connor<br>Lance Moskowitz |
| 89 | 347-598-2640<br>Prepaid<br>(Used by James Outerie) | James Outerie<br>Richard Ranieri<br>Edward Sobel<br>Cody Farrell<br>John Pisano<br>Giulio Pomponio<br>Leonard DiMaria |
| 90a –<br>90ww | 646-261-9890<br>R. Ranieri<br>282 Morningstar Rd., Fl 2<br>Staten Island, NY<br>(Used by Richard Ranieri) | Richard Ranieri<br>James Outerie<br>Joseph Gaggi<br>John Pisano<br>Leonard DiMaria<br>Nicholas Corozzo<br>Tara Vega<br>John Regis<br>Gino Pomponio<br>Joseph Casiere |
| 91 | 646-724-3735<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie |
| 92 | 718-219-0915<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie |
| 93 | 347-598-2098<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie<br>Leonard DiMaria |
| 94 | 347-628-1881<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie<br>Leonard DiMaria |

| | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 95 | 917-216-0702<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>Vincent Dragonetti<br>Billy Scotto<br>Mario Cassarino<br>John Kasgorgis<br>Christopher Howard |
| 96 | 917-605-3203<br>Prepaid<br>(Listed to Octavio Perez)<br>(Used by Steven Iaria) | Steven Iaria |
| 97 | 718-219-0593<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria |
| 98 | 347-752-7034<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Richard Ranieri |
| 99 | 516-554-1957<br>Gina Haskell<br>87 Grand Blvd.<br>Massapequa, NY<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Richard Ranieri<br>Arthur Zagari |
| 100 | 347-860-4124<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Steven Iaria<br>Vincent Pacelli |
| 101 | 646-266-0897<br>Patrick Tong<br>7140 15th Ave.<br>Brooklyn, NY<br>(Used by Steven Iaria) | Steven Iaria<br>Vincent Dragonetti |
| 102 | 917-844-0563<br>Steven Iaria's beeper | Steven Iaria<br>Leonard DiMaria |
| 103 | 646-464-0383<br>Anita Bacchus<br>16702<br>Jamaica, NY<br>(Used by Steven Iaria) | Steven Iaria<br>Leonard DiMaria |

17

|  | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 104 | 347-751-9497<br>Ben Nash<br>371 W. 8th St.<br>Brooklyn, NY<br>(Used by Steven Iaria) | Steven Iaria<br>Leonard DiMaria |
| 105a – 105d | 917-952-2385<br>Morano Diamond Buyers of NY<br>20 W. 47th St.<br>New York, NY<br>(Morano cell phone) | Leonard DiMaria<br>James Outerie |
| 106 | 718-627-9429<br>E. 36th and Quentin Road<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 107 | 516-378-9658<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | -- |
| 108 | 516-378-9649<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | |
| 109 | 516-378-9648<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | -- |
| 110 | 718-377-9032<br>Flatlands Avenue and Coleman St.<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 111 | 718-251-9768<br>Ralph Avenue and Avenue N<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 112 | 718-251-9668<br>Rockaway Parkway and Avenue M<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |

18

| | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 113 | 718-251-9738<br>Rockaway Parkway and Avenue M<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 114 | 718-444-9559<br>E. 95th Street and Avenue L<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 115 | 718-252-1534<br>Utica Avenue and Avenue O<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 116 | 718-377-9659<br>Utica Avenue and Avenue N<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 117 | 347-907-0573<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria |
| 118 | 631-645-0600<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Vincent Dragonetti |
| 119 | 718-477-3050<br>Prestig Commercial Corp.<br>270 Watchogue Road<br>Staten Island, NY<br>(Morano office phone) | Leonard DiMaria<br>James Outerie |
| 120 | 646-464-0384<br>Prepaid<br>(Used by Vincent Dragonetti) | Vincent Dragonetti<br>Mario Cassarino |
| 121 | 347-244-5812<br>Prepaid<br>(Used by Vincent Dragonetti) | Leonard DiMaria<br>Vincent Dragonetti<br>Frank Vassallo<br>Abid Ghani |

| | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 122 | 917-622-7787<br>Prepaid<br>(Used by Vincent Dragonetti) | Leonard DiMaria<br>Vincent Dragonetti<br>Abid Ghani<br>Edward James<br>Nicholas Corozzo<br>Frank Vassallo |
| 123 | 917-422-2255<br>(Vincent Dragonetti beeper) | Leonard DiMaria |
| 124 | 718-427-3737<br>Susan Cohen<br>8429 155th Avenue<br>Queens, NY<br>(Used by Vincent Dragonetti) | Steven Iaria |
| 125a -<br>125g | 347-231-6349<br>Joan Andrews<br>665 Craig Avenue<br>Staten Island, NY | - |
| 126a -<br>126k | 917-207-2145<br>Michelle Yacovello<br>17 Blythe Place<br>Staten Island, NY | Mario Cassarino<br>Joseph Spinnato<br>Sarah Dauria |

Please contact me if you have any questions or requests.

Very truly yours,

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By:  _____
     _____
     Joey Lipton
     Assistant U.S. Attorney
     (718) 254-6125

cc:  Clerk of the Court (NGG)

20