

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

JB:JL:sw
F. #2007R00730
discovery 3

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

March 11, 2008

All Counsel of Record

             Re:  United States v. Joseph Agate, et al.
                  Criminal Docket No. 08 CR 76 (NGG)

Dear Counsel:

             Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government furnishes the following discovery in
the above-referenced case.  The government requests reciprocal
discovery from the defendants.

Wiretap Materials

             The materials described below are located at First
Choice Copy (Jagg Management).  You may obtain these materials by
contacting Joe Meisner at (718) 381-1480 x212.  Please reference
print order number **86025.**

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 128 | Redacted Order Authorizing Installation and Use of Pen Register and Trap and Trace Device dated 5/10/04 | Thomas A. Adams | 718-948-1243<br>718-605-6726<br>718-605-5250<br>718-948-1573<br>917-560-8040<br>917-207-2145 |
| 129 | Redacted Order For Pen Register and Trap and Trace Device and Supporting Documents[1] dated 7/9/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-560-8040<br>917-207-2145 |
| 130 | Redacted Order For Pen Register and Trap and Trace Device and Supporting Documents dated 7/21/04 | Barry A. Cozier | 718-477-5553<br>718-477-9599<br>718-370-0245<br>718-370-0247 |

---

             [1]      Supporting documents consist of Orders to Phone
Companies and Application.

|  | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 131 | Redacted Order For Extended and Amended Pen Register and Trap and Trace Devices and Supporting Documents dated 9/7/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-560-8040<br>917-207-2145<br>718-477-5553<br>718-477-9599<br>718-370-0245<br>718-370-0247<br>718-370-0246 |
| 132 | Redacted Eavesdropping Warrant and Supporting Documents[2] dated 10/8/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-207-2145<br>718-477-5553<br>718-477-9599 |
| 133 | Redacted Amended and Extended Eavesdropping Warrant and Supporting Documents dated 11/9/04 | Barry A. Cozier | 718-605-6726<br>718-948-1573<br>917-207-2145<br>718-477-5553<br>718-477-9599<br>347-231-6349<br>917-416-6778 |
| 134 | Sealing Order, Exhibit, Property Voucher dated 11/10/04 | Daniel F. Luciano | 718-605-6726<br>718-948-1573<br>917-207-2145<br>718-477-5553<br>718-477-9599 |
| 135 | Order Authorizing Installation and Use of Pen Register and Trap and Trace Device dated 12/7/04 | Barry A. Cozier | 201-538-1866 |
| 136 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 12/9/04 | Barry A. Cozier | 732-921-3219 |
| 137 | Extended Eavesdropping Warrant and Supporting Documents dated 12/9/04 | Barry A. Cozier | 718-605-6726<br>917-207-2145<br>718-477-9599<br>347-231-6349<br>917-416-6778 |

---

[2]    Supporting documents consist of Orders to Phone Companies, Application and Affidavits In Support.

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 138 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD04-186 dated 12/9/04 | Barry A. Cozier | 732-921-3219 |
| 139 | Redacted Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD04-185 dated 12/9/04 | Barry A. Cozier | 718-605-6726 718-948-1573 917-207-2145 718-477-5553 718-477-9599 347-231-6349 917-416-6778 |
| 140 | Redacted Order Authorizing Continued Installation and Use of Pen Registers and Trap and Trace Devices and Order Authorizing Installation and Use of Pen Registers and Trap and Trace Devices dated 1/6/05 | Barry A. Cozier | 718-605-6726 917-207-2145 917-416-6778 917-417-7364 917-468-8658 347-268-5362 646-359-3801 718-317-1457 |
| 141 | Redacted Extended and Amended Eavesdropping Warrant and Supporting Documents dated 1/6/05 | Barry A. Cozier | 718-605-6726 917-207-2145 917-416-6778 |
| 142 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD 05-003 dated 1/6/05 | Barry A. Cozier | 732-921-3219 |
| 143 | Redacted Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD 05-004 dated 1/6/05 | Barry A. Cozier | 718-605-6726 917-207-2145 718-477-9599 347-231-6349 917-416-6778 |
| 144 | Redacted Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD 05-018 dated 2/4/05 | Barry A. Cozier | 718-605-6726 917-207-2145 917-416-6778 |
| 145 | Order Authorizing Installation and Use of Pen Register and Trap and Trace Devices dated 3/8/05 | Gabriel Krausman | 201-538-1866 914-755-2631 |

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 146 | Extension Order Authorizing Continued Installation and Use of Pen Register and Trap and Trace Devices dated 5/5/05 | Barry A. Cozier | 201-538-1866 914-755-2631 |
| 147 | Order Authorizing Installation and Use of Pen Register and Trap and Trace Device dated 5/18/05 | Anita Florio | 201-259-4257 |

Please contact me if you have any questions or requests.

Very truly yours,

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Joey Lipton
Assistant U.S. Attorney
(718) 254-6125

cc:  Clerk of the Court (NGG)

4