## CRIMINAL CAUSE FOR PLEADING

**BEFORE: MAGISTRATE JUDGE LEVY**     **DATE:**___ June 3, 2008 ___

_____ 08 CR 76 (JBW) (RML) _____     ___ United States v. Agate ___

**DEFT NAME:**_____ Frank Cali _____
___X___present     ___not present     (X cust.)     ~~bail~~

**DEFENSE COUNSEL:** _____ Harlan Protass
___X___present  ___not present     ___CJA  _X_RET  ___FD

**AUSA:**___ Roger Burlingame _____     **CLERK:**___ Molly Kovel ___

**INTERPRETER: (N/A)**_____

**RECORDING START AND END TIME:**___ 3:15 – 4:20 ___     Court Reporter
Nicole Warren

**X  CASE CALLED**     ___ **DEFT'S FIRST APPEARANCE**
**DEFT: X SWORN  _ ARRAIGNED  X INFORMED OF RIGHTS**

___ **WAIVER OF INDICTMENT FILED**
___ **INFORMATION FILED**
___ **DEFTs ENTER GUILTY PLEA TO COUNT(S)**_____
    **OF THE (SUPERSEDING)INDICTMENT/INFORMATION**
_X_ **DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO**
    **COUNT** _38_ **OF THE (SUPERSEDING) INDICTMENT/INFORMATION**
_X_ **COURT FINDS FACTUAL BASIS FOR THE PLEA**
_X_ **SENTENCING SET FOR** _Sept. 29, 2008_ **AT** _10:00 AM_ **BEFORE** _Judge Weinstein_
___ **SENTENCING TO BE SET BY PROBATION**
___ **BAIL:**___SET  ___**CONT'D FOR DEFT.**  ___**CONT'D IN CUSTODY**
___ **CASE ADJOURNED TO**_____**AT**_____
___ **SEALED TRANSCRIPT ORDERED**

**OTHER:** Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did
administer the allocution. A finding has been made that the plea was made knowingly and
voluntarily and the plea was not coerced. The Magistrate recommends that the plea of
guilty be accepted.