## CRIMINAL CAUSE FOR SENTENCING

BEFORE: **WEINSTEIN, J.**   DATE: 8/7/08   TIME: 10:30 am

DOCKET NUMBER: CR 08-76   DEFT. NUMBER: _____

DEFENDANT: Frank Cali
___ Present  ___ Not Present  ___ In Custody  ___ On Bail

ATTORNEY FOR DEFT.: Harlan Protass
___ C.J.A.  ___ Retained  ___ Legal Aid/PD

ASST. U.S. ATTORNEY: Gary Liptow

COURTROOM DEPUTY: JUNE P. LOWE   INTERPRETER: _____
Ext. 2525

COURT REPORTER/ESR OPERATOR: Ron Tolkin

TAPE NUMBER: _____

SENTENCE: 18 mths. imprisonment, 3 yrs. supervised release

DEFT. SENTENCED ON COUNTS: _____

OPEN COUNTS DISMISSED: ✓ On Govt.'s Motion,   ___ On Ct.'s Mot.

FINE: $30,000   SPECIAL ASSESSMENT: $100

SPECIAL CONDITIONS OF SUPERVISION: _____

IS SENTENCE STAYED? ___ Yes   ✓ No   STAYED UNTIL: _____

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]