# EXHIBIT 1

```
                                                                    1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

    - - - - - - - - - - - - - - - X

    UNITED STATES OF AMERICA        :    08-CR-00076 (JBW)

        -against-                        U.S. Courthouse
                                    :
                                         Brooklyn, New York
    FRANK CALI

                Defendant           :
                                         August 7, 2008
    - - - - - - - - - - - - - - - X     10:30 a.m.


    BEFORE:
            HONORABLE JACK B. WEINSTEIN
            United States District Judge



    APPEARANCES:

    For the Government:       BENTON J. CAMPBELL, ESQUIRE
                              United States Attorney
                              271 Cadman Plaza East
                              Brooklyn, New York 11201
                              BY:  JOEY LIPTON
                                   EVAN NORRIS
                                   Assistant U.S. Attorneys


    For the Defendant:        HARLAN J. PROTASS
                              305 Madison Avenue
                              Suite 1301
                              New York, New York 10165


    Court Reporter:           RONALD E. TOLKIN, RMR
                              Official Court Reporter
                              225 Cadman Plaza East
                              Brooklyn, New York 11201


            Minutes Taken Stenographically.  Transcript Produced
    By Computer Aided Transcription.
```

RONALD E. TOLKIN, RMR
OFFICIAL COURT REPORTER

```
                    U.S.A. v. FRANK CALI                    15
```

1  the conspiracy is a conspiracy.  There are two different
2  matters.
3          So to that extent it isn't double counting.  It is
4  a conspiracy to use a threat, and then it is the use of the
5  threats under the guidelines.  So it is an interesting
6  problem.  It is kind of obtuse, and you may want to take an
7  appeal.
8          But I am not going to give you less than two points
9  under Paragraph 143.  If you can, I can change the sentence
10 that I was going to make, but I am not inclined to do so in
11 this case as I was in the other cases.
12         What else?
13         MR. PROTASS:  Well, there is the one-point
14 enhancement that is in the presentence report for the amount
15 of money at issue here, Your Honor, and --
16         THE COURT:  Well, that, I don't see.  What's --
17 where is the loss?
18         MR. LIPTON:  There is the loss of $13,000 that was
19 paid pursuant to this conspiracy so that --
20         THE COURT:  Paid to whom?
21         MR. LIPTON:  This was paid to individuals, Leonard
22 DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --
23 once the cooperating witness, John Doe Number 4, got the
24 rights to dump at the site.
25         THE COURT:  This is the NASCAR?



```
                    RONALD E. TOLKIN, RMR
                    OFFICIAL COURT REPORTER
```