```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA                RESTITUTION ORDER

    - against -                         08 CR 76 (JBW)

JOSEPH AGATE, et. Al.,

                    Defendant.
- - - - - - - - - - - - - - - - -X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2009 ★
BROOKLYN OFFICE

As part of the sentence imposed in the above-captioned case, *after full and extended consideration of the record in this criminal matter,* it is hereby ORDERED, as follows:

1. The defendants listed below, shall pay restitution to the federal Crime Victims Fund pursuant to 18 U.S.C. § 3664(g)(2), in the amounts listed in the charts below, *without interest*.

2. This restitution order is a lien in favor of the United States on all property and rights to property of the defendants, as provided in 18 U.S.C. § 3613(c). The liability to pay the restitution shall terminate as provided by 18 U.S.C. § 3613(b). See also 18 U.S.C. § 3613(f).

3. In addition, as a condition of supervised release, the defendants shall make complete and periodic financial payments as directed by the United States Probation Department until the amount listed in the charts below for each defendant is fully paid.

4. If any defendant listed in the charts below knowingly fails to pay the restitution required by this Order or by law he will be subject to one or more of the actions permitted

by 18 U.S.C. §§ 3613A (Effect of Default) including re-sentencing pursuant to 18 U.S.C. § 3614. See also 18 U.S.C. § 3615 (Criminal Default).

8. This Order is entered after the Court has fully considered the factors set forth in 18 U.S.C. §§ 3663 and 3664 each that are applicable to ~~this~~ defendant. It is timely.

9. This Order is part of the sentence and shall be included in the judgment. All persons who might claim restitution have waived their rights explicitly or by silence after full notice.

### Restitution Jointly and Severally Owed

| Extortion Scheme | Defendants Owing Restitution | Joint and Several Amount |
|---|---|---|
| Trucking | Nicholas Corozzo<br>Leonard DiMaria | $51,520 |
| S.I. Cement Profits | Thomas Cacciopoli<br>Mario Cassarino<br>Nicholas Corozzo<br>Joseph Corozzo<br>Leonard DiMaria<br>Ernest Grillo<br>Vincent Pacelli | $27,248 |
| S.I. Cement Sale | Thomas Cacciopoli<br>Agustos Sclafani<br>Nicholas Corozzo<br>Joseph Corozzo<br>Leonard DiMaria<br>Domenico Cefalu<br>John D'Amico | $4,000 |
| Cement Powder | Nicholas Corozzo<br>Leonard DiMaria | $3,000 |
| Excavation | Nicholas Corozzo<br>Leonard DiMaria | $18,000 |
| NASCAR | Nicholas Corozzo<br>Leonard DiMaria<br>Frank Cali<br>Ernest Grillo | $4,000 |

| | | |
|---|---|---|
| Brancato | Nicholas Corozzo<br>Leonard DiMaria<br>Jerome Brancato | $500 |

### Other Restitution Owed

| Extortion Scheme | Defendant Owing Restitution | Amount of Restitution |
|---|---|---|
| Trucking | Joseph Scopo | $12,880 |
| Liberty View Harbor (Part I) | Anthony Scibelli | $51,927 |
| Liberty View Harbor (Part II) | Vincent Dragonetti | $57,978 |
| S.I. Cement Profits | Robert Epifania | $6,812 |
| Brancato | Joseph Chirico | $1,500 |
| Kilgannon/Polikoff Payoff | Todd Polakoff | $2,250 |
| Schiavone Kickback | Michael King | $29,925 |
| Schiavone Kickback | Nicholas Calvo | $29,925 |

*THE 4/23/09 HEARING AS TO THE DEFENDANTS NAMED IN THIS ORDER IS CANCELLED.*

Dated:  Brooklyn, New York
        April 22, 2009

HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK