```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,          SATISFACTION OF JUDGMENT

        -against-                  Criminal Docket
                                   No. CR-08-0076

FRANK CALI,                        (Weinstein, J.)

                Defendant.

- - - - - - - - - - - - - - - -X
```

       WHEREAS, a judgment of restitution was imposed against the defendant and in favor of the United States of America, in the amount of $34,100.00, that is, restitution in the amount of $4,000.00, a fine in the amount of $30,000.00, and a special assessment in the amount of $100.00, pursuant to the sentence imposed on August 7, 2008, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on August 20, 2008, along with the Restitution Order entered on April 22, 2009; and

       WHEREAS, said judgment has been fully paid as to the defendant FRANK CALI;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant FRANK CALI.

Dated:   Brooklyn, New York
         April 12, 2012

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East, 8th Fl.
                                Brooklyn, New York 11201

                      By:   *s/Beth P. Schwartz*
                              BETH P. SCHWARTZ
                              Assistant U.S. Attorney
                              (718)254-6017