1

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - - - X
3
   UNITED STATES OF AMERICA      :      08-CR-00076 (JBW)
4
        -against-                       U.S. Courthouse
5                                 :
                                        Brooklyn, New York
6   FRANK CALI

7                   Defendant    :
                                        August 7, 2008
8   - - - - - - - - - - - - - - - X      10:30 a.m.

9

10  BEFORE:
            HONORABLE JACK B. WEINSTEIN
             United States District Judge
11

12
    APPEARANCES:
13
    For the Government:       BENTON J. CAMPBELL, ESQUIRE
14                            United States Attorney
                              271 Cadman Plaza East
15                            Brooklyn, New York 11201
                              BY:  JOEY LIPTON
16                                 EVAN NORRIS
                                   Assistant U.S. Attorneys
17

18  For the Defendant:        HARLAN J. PROTASS
                              305 Madison Avenue
19                            Suite 1301
                              New York, New York 10165
20

21
    Court Reporter:           RONALD E. TOLKIN, RMR
22                            Official Court Reporter
                              225 Cadman Plaza East
23                            Brooklyn, New York 11201

24
            Minutes Taken Stenographically.  Transcript Produced
25  By Computer Aided Transcription.

1           LAW CLERK:  Criminal cause for sentencing,

2    U.S.A. versus Frank Cali.

3           Appearances for the Government.

4           MR. LIPTON:  Joey Lipton for the Government.

5           Good morning, Your Honor.

6           THE COURT:  Good morning.

7           MR. PROTASS:  Harlan Protass for Mr. Cali.

8           Good morning, Your Honor.

9           PROBATION OFFICER:  Sindee Haasnoot on behalf of the

10   U.S. Probation.

11          THE DEFENDANT:  Hello, Your Honor.

12          THE COURT:  Swear the defendant, please.

13          LAW CLERK:  Sir, please stand up and raise your

14   right hand.

15          (Defendant sworn to tell the truth by the law

16          clerk.)

17          THE DEFENDANT:  Yes.

18          LAW CLERK:  Please state your name.

19          THE DEFENDANT:  Frank Cali.

20          THE COURT:  Okay.  Is there a family member present?

21          MR. PROTASS:  His brother-in-law is present, Your

22   Honor.  That's the only family member.  His wife is at home.

23          THE COURT:  That is the only family present.

24          Do you want your brother-in-law with you?

25          THE DEFENDANT:  That's fine, Your Honor.

1          THE COURT:  Yes or no?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  All right.  Have him come up.

4          (Whereupon, the brother-in-law takes a seat at

5          counsel table.)

6          THE COURT:  Have you read the presentence report and

7   had it explained by your attorney?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Are you ready to be sentenced?

10          THE DEFENDANT:  Yes.

11          THE COURT:  What country are you a citizen?

12          THE DEFENDANT:  U.S.A.

13          THE COURT:  You may not be deported.

14          Are you satisfied with your attorney?

15          THE DEFENDANT:  Yes.

16          THE COURT:  Does the attorney have a conflict?

17          MR. PROTASS:  No, I don't, Your Honor.

18          THE COURT:  Any unresolved motions or contentions?

19          MR. LIPTON:  I don't believe any motions or

20   contentions, but Mr. Protass did file a motion on behalf of

21   Mr. -- a letter on behalf of Mr. Cali this morning.  I wanted

22   to make sure that Your Honor had an opportunity to see that.

23          THE COURT:  Do you want it sealed?

24          MR. PROTASS:  Sir?

25          THE COURT:  Do you want it sealed?

U.S.A. v. FRANK CALI                                    4

1          MR. PROTASS:  Yes, Your Honor.  If possible.

2          THE COURT:  All right.  The letter is sealed.

3     August 7, 2008.

4          Are you seeking a downward departure?

5          MR. PROTASS:  No, Your Honor.

6          THE COURT:  Anybody object to a video recording?

7          MR. PROTASS:  No, Your Honor.

8          MR. LIPTON:  No, Judge.

9          THE COURT:  Both sides used the proper guidelines

10    manual?

11         MR. PROTASS:  Yes, Judge.

12         MR. LIPTON:  Yes, Judge.

13         THE COURT:  The Court observes the defendant's

14    demeanor.  He appears to be capable of understanding these

15    proceedings.

16         Does counsel agree?

17         MR. PROTASS:  Yes.

18         THE COURT:  We have no victim's statement?

19         MR. LIPTON:  Judge, we don't have a victim

20    statement, no.

21         THE COURT:  Sir, would you look at the manuscript

22    here, January -- June 3rd, 2008.  It is a transcript of the

23    pleading before Judge Levy.  This is Court Exhibit 1.

24         Is that accurate?

25         THE DEFENDANT:  Yes.

1          THE COURT:  Was what you said there truthful?

2          THE DEFENDANT:  Yes, sir.

3          THE COURT:  Did anybody make any threats or promises

4   to you?

5          THE DEFENDANT:  No.

6          THE COURT:  Was it entirely voluntary?

7          THE DEFENDANT:  Yes.

8          THE COURT:  Do you still wish to plead guilty?

9          THE DEFENDANT:  Yes.

10          THE COURT:  How do you plead, guilty or not guilty?

11          THE DEFENDANT:  Guilty.

12          THE COURT:  Based on the information before me I

13   accept the plea.

14          Do you want a Fatico hiring?

15          MR. PROTASS:  No, Your Honor.

16          THE COURT:  Do you want a jury hearing on any issue?

17          MR. PROTASS:  No, Your Honor.

18          THE COURT:  You may address the Court yourself.  You

19   may have witnesses, and your attorney will address the Court.

20          Do you understand?

21          THE DEFENDANT:  Yes.

22          THE COURT:  Do you wish to challenge anything in the

23   presentence report?

24          MR. PROTASS:  Yes, we do, Your Honor.

25          There are a few points.  The first is in

Case 1:08-cr-00076-JBW  Document 2277  Filed 10/02/12  Page 6 of 41 PageID #: 16070

1  Paragraph 2, dealing with the global resolution.  The PSR does

2  not count for that document.  I believe that Your Honor has an

3  accounted for that in the guidelines calculation for other

4  defendants who have been sentenced in this matter.

5          THE COURT:  What is the Government's view?

6          MR. LIPTON:  That the global disposition is

7  appropriate under the circumstances, Your Honor,

8  notwithstanding the probation's well-written opinion.

9          THE COURT:  Your view it is not to be included in

10 the global disposition?

11         PROBATION OFFICER:  Yes.

12         THE COURT:  I agree with the Government and the

13 defendant.  The defendant will get three points off.  That

14 will bring it down to 19 from 22; is that correct?

15         PROBATION OFFICER:  Yes, Your Honor.

16         THE COURT:  Anything else?

17         MR. PROTASS:  Yes.

18         Throughout the PSR, and there are many, many

19 paragraphs that refer to the offense conduct of all of the

20 other defendants in this matter.  We object to the inclusion

21 of all of the other offense conduct as it doesn't relate to

22 Mr. Cali and it is not relevant in terms of the BOP's

23 consideration of the PSR.  To the extent that Your Honor

24 imposes an incarceratory sentence it would be highly

25 prejudicial to him.

1           And that is -- those are in Paragraphs 4 to 95 --

2    95 -- 99 to 134 and 136, as well as Paragraph 137 and 139 to

3    the extent that they refer to defendants other than Mr. Cali.

4           THE COURT:  Paragraphs what?

5           MR. PROTASS:  I'm sorry.

6           4 to 95, 99 to 134, and 136.  And Paragraphs 137 and

7    139 in part refer to Mr. Cali, and we have no objection to

8    that, but they refer, like the other enumerated paragraphs do,

9    to all of the other defendants.

10          And this was -- I set this forth in the objections

11   letter that I sent to the Probation Department.  It was at the

12   beginning of this week or the end of last week.

13          PROBATION OFFICER:  August 4th.

14          MR. PROTASS:  August 4th.

15          THE COURT:  You can produce evidence as to these?

16          MR. PROTASS:  Yes.  Yes, sir.

17          THE COURT:  As to the presentence report, the fourth

18   paragraph, the following:

19          In Paragraph 4 to 95, 99 to 134, 136, and 137 and

20   139 affirmed other defendants.  There is involved evidence

21   that the Government can produce but that does not apply

22   directly to this defendant, Mr. Cali.

23          MR. LIPTON:  Judge, there is one caveat.

24          Paragraph 17 does apply to Mr. Cali.  That is the

25   only one included in those paragraphs.

1        THE COURT:  4 to 16 and 18 and 95 it should read?

2        MR. PROTASS:  That is correct, Your Honor.

3        THE COURT:  Okay.

4        PROBATION OFFICER:  What do you want me to add, Your

5  Honor?  I know the paragraph numbers but I need the wording

6  you want me to add or do you want it stricken?

7        THE COURT:  No.

8        In Paragraphs 4 to 16, and 18 to 95, 99 to 134, 136

9  and 137 and 139, referring to other defendants there is

10  involved evidence the Government can produce, but does that

11  not apply directly to Mr. Cali.

12        PROBATION OFFICER:  Okay, Your Honor.

13        THE COURT:  Otherwise, the report will be amended as

14  to that.

15        Anything else?

16        MR. PROTASS:  Just one small matter, which is

17  Paragraphs 17 and 140 that refer to Mr. Cali as an acting

18  captain of the Gambino family.

19        THE COURT:  Okay.

20        MR. PROTASS:  17 and 140.

21        Your Honor, Mr. Cali was not charged in Count 1 of

22  the indictment, which was the RICO enterprise count, and we

23  think that the allegations of Mr. Cali being an acting captain

24  is inappropriate in the PSR in light of that charge -- or

25  absent that charge.

U.S.A. v. FRANK CALI                              9

1        THE COURT:  Do you have proof of that?

2        MR. LIPTON:  Yes, Judge.  We alleged that in the

3    indictment.

4        THE COURT:  Well, if you want a trial, I will give

5    you a trial.  Otherwise, it will remain.

6        MR. PROTASS:  We don't want a trial, Judge.

7        THE COURT:  Then it remains.

8        MR. PROTASS:  All right.

9        THE COURT:  Any other findings of fact or law before

10   we begin?

11       MR. LIPTON:  Not from the Government.

12       MR. PROTASS:  Not from the defense, Your Honor.

13       THE COURT:  The calculation is now correct at 19

14   with a criminal history category of what?

15       MR. PROTASS:  Well, actually, Your Honor, we had

16   contested the two points for express or implied threat, and we

17   have also --

18       THE COURT:  Well, then, let's hear it.

19       MR. PROTASS:  Okay.  We had also contested the --

20       THE COURT:  Well, let's deal with the expressed or

21   implied threats.

22       What is your view?

23       MR. PROTASS:  My view, Your Honor, actually reflects

24   and we believe that it does not apply for the same reasons

25   that Your Honor found in the July -- I believe it was the

1  sentencing of Louis Filippeli, as well as the sentencing of

2  Mario Cassarino.

3          THE COURT:  This is Number 4 that we are dealing

4  with?

5          MR. LIPTON:  Probably around there, Your Honor, yes.

6  The other people had the option to -- or the ability, rather,

7  to challenge the implied threat.  I think this may be the

8  third.

9          THE COURT:  This is the informant, Number 4?

10         MR. LIPTON:  Yes, Judge.  Yes.  It is the same issue

11 that Your Honor has addressed were these three other

12 defendants.

13         THE COURT:  All right.  No, I am not going to have

14 the same findings here.  This person is heavily involved in

15 the mob.  Anything that he did or said was freighted,

16 f-r-e-i-g-h-t-e-d, with implications of coercion.

17         What paragraph is that?

18         PROBATION OFFICER:  Paragraph 143, Your Honor.

19         THE COURT:  No.  I think this is a mob-related

20 activity.  In this case it is to be applied.

21         MR. PROTASS:  Your Honor, my client has had

22 absolutely no contact with Mr. -- the John Doe Number 4.  He

23 never spoke with him.  He never met --

24         THE COURT:  Well, what -- who did he have contact

25 with?

1        MR. PROTASS:  He had contact -- according to the

2    allegations and the tapes, he had contact with -- in the

3    NASCAR conspiracy is the only thing that my client charged

4    with.

5            THE COURT:  This is NASCAR.

6            MR. PROTASS:  No.  This is just NASCAR.

7            THE COURT:  Okay.

8            MR. PROTASS:  Just NASCAR.

9        My client was alleged to have been asked by one of

10   his codefendants, Domenico Cefalu, to ask another one of his

11   co-defendants, Ernest Grillo, about a company called

12   Interstate, which at the time was working on the NASCAR site.

13   He made that request and asked about interstate, but what was

14   interesting, Your Honor, is that Interstate had nothing to do,

15   so far as I can tell, with the NASCAR conspiracy.

16       There was -- the arrangement that my client was

17   involved with was that -- and this is based on what is set

18   forth in the Government's presentence -- in the Government's

19   detention memo and the Government's sentencing memo, as well

20   as in the presentence report; that there was an arrangement

21   whereby one of Mr. Cali's co-defendants obtained the exclusive

22   dumping rights to dump fill at the NASCAR cite.  And those

23   exclusive dumping rights were given to John Doe Number 4,

24   Mr. Valero, in exchange for a percentage of the profit that he

25   made.

1          At the end of the day, the person who obtained the

2   exclusive dumping rights that were transferred to Valero lost

3   the contract.  So no fill was dumped pursuant to that

4   contract.

5          The Government then alleged that later a new deal

6   was worked out.  That new deal was something that Valero got

7   on his own, and he paid certain of Mr. Cali's co-defendants

8   but not Mr. Cali.  In fact, the Government's sentencing

9   memorandum says that Mr. Cali was cut out of the deal.  He was

10  not a part of the deal that was, for lack of a better word,

11  successful.  There was no threat to Mr. Valero in connection

12  with the first deal in which my client was involved because he

13  obtained something in exchange for what he got and what he --

14  the threat was that he would not get this work if he did not

15  share the profits because he was getting something.  He had to

16  give something in return.

17          And as I said, Your Honor, he had no contact with

18  Mr. Valero whatsoever, never met him and never spoke to him,

19  and it was not captured on the hundreds of hours of tapes that

20  the Government produced in this case.  My client's voice

21  doesn't appear.  He is not on any of the tapes.

22          So I think that the two-point enhancement for threat

23  simply does not apply, and it should not apply in this case.

24          MR. LIPTON:  Your Honor, I will disagree.  We

25  disagreed with, in general, the implied threat as it relates

1    to the Gambino family, but in particular to this individual

2    who is an acting captain, and without it going through this

3    individual, the extortion of John Doe Number 4 would not have

4    taken place, so....

5              THE COURT:  Were the people that were actually in

6    contact with Number 4 under the control of this defendant?

7              MR. LIPTON:  Yes, Judge.  They actually had to clear

8    it and make sure that Mr. Cali was okay with the deal because

9    he had to get a piece of it.  The defense counsel would like

10   to have it where there was two different deals, where one

11   collapsed and the other resurrected, but --

12             THE COURT:  I don't think that is relevant.  The

13   fact that there was one deal and contemplation is sufficient.

14             MR. PROTASS:  Your Honor, the one defendant who had

15   the primary contact with the cooperating witness here, as

16   we pointed out in our sentencing memorandum there are repeated

17   instances where they have a -- where the tapes, the actual

18   evidence demonstrates a close, personal, very cordial

19   relationship where they're sharing meals, where the

20   Government's cooperating witness tells this individual who is

21   having some surgery that if there is anything that I can do

22   for you after you have the surgery just give me a call.  Tells

23   him if there is anything, anytime you need me to take you

24   someplace --

25             THE COURT:  That doesn't cut much ice with me.

1   These people are all sycophants.

2           Is that a word?  Do you know how to spell it?

3           They are all on their knees to the gang.  And if it

4   has to be cleared up the ladder, as it does in these cases,

5   then it is implicit with threat.

6           MR. PROTASS:  The threat here, Your Honor, was that

7   he simply would not get the work at the NASCAR center.

8           THE COURT:  No.  The threat was that when he got the

9   work with the help of the mob, if he didn't pay, he was going

10  to be in physical or economic trouble or both.

11          I can't see your argument in this case.  Now, there

12  is a problem, which I point out to you.  He is accused, is he

13  not, of threats?  Isn't he?

14          MR. LIPTON:  Well, under 1951 he is accused pursuant

15  to that statutory provision with being a conspirator to

16  implied threats which involved economic harm and also the

17  enticed threats of physical harm.

18          THE COURT:  That's right.

19          And it is an interesting double counting problem --

20          MR. PROTASS:  I saw Your Honor's order this morning.

21          THE COURT:  -- when the conspiracy is to use threats

22  and the charge is that he -- under the guidelines, at least,

23  that he used the threats of double counting.  It is an

24  interesting problem.  I am not sure that it has any validity

25  here because the implied threat is an actual implied threat;

1   the conspiracy is a conspiracy.  There are two different

2   matters.

3           So to that extent it isn't double counting.  It is

4   a conspiracy to use a threat, and then it is the use of the

5   threats under the guidelines.  So it is an interesting

6   problem.  It is kind of obtuse, and you may want to take an

7   appeal.

8           But I am not going to give you less than two points

9   under Paragraph 143.  If you can, I can change the sentence

10  that I was going to make, but I am not inclined to do so in

11  this case as I was in the other cases.

12          What else?

13          MR. PROTASS:  Well, there is the one-point

14  enhancement that is in the presentence report for the amount

15  of money at issue here, Your Honor, and --

16          THE COURT:  Well, that, I don't see.  What's --

17  where is the loss?

18          MR. LIPTON:  There is the loss of $13,000 that was

19  paid pursuant to this conspiracy so that --

20          THE COURT:  Paid to whom?

21          MR. LIPTON:  This was paid to individuals, Leonard

22  DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --

23  once the cooperating witness, John Doe Number 4, got the

24  rights to dump at the site.

25          THE COURT:  This is the NASCAR?

1            MR. LIPTON:  This is the NASCAR site; correct, Your

2    Honor.

3            He then was required to makes these payments.

4            THE COURT:  He paid them?

5            MR. LIPTON:  Yes, he did, Your Honor.

6            MR. PROTASS:  It was not paid to my client, Your

7    Honor.

8            THE COURT:  It doesn't make any difference.

9            MR. LIPTON:  Right.

10           THE COURT:  If it is a conspiracy, he is

11   responsible.

12           MR. PROTASS:  I point out that, you know, I think it

13   is important that we -- we define these two deals which are

14   characterized by the Government.  You know, the first deal is

15   where one of Mr. Cali's codefendants got Mr. Valero, the

16   cooperating witness, to dump work, and Mr. Valero shared --

17   agreed to share in the profits in exchange for doing that.  No

18   work was actually done on that deal.  And Valero, the

19   cooperating witness, made no payments on that deal.  The deal

20   fell apart.

21           According to the Government's own narrative of the

22   offense here, later -- and I am quoting, later the new deal

23   was worked out.  The Government itself refers to it as a new

24   deal, and the Government says that my client was cut out of

25   that new deal.

1          THE COURT:  What was the 13,000 paid, for the first

2    or the second deal?

3          MR. PROTASS:  The second deal in which my client was

4    cut out of.

5          MR. LIPTON:  It wasn't dealt the same way.  It

6    wasn't two separate deals.  It is not a continuous course of

7    action.  He is negotiating this to get this from the Gambino

8    family.  He has to go through Mr. Cali and others at first,

9    and then it shifts up as to who is to pay, but if he's part of

10   the conspiracy, it is not an improper joinder of two different

11   conclusions.

12         THE COURT:  Four ultimately got the dumping rights

13   and began to dump, didn't he?

14         MR. LIPTON:  Correct, Judge.

15         MR. PROTASS:  And the payments that were made, Your

16   Honor, were paid -- according to the Government, were paid to

17   Mr. Cassarino on behalf of Mr. DiMaria and Mr. Corozzo only.

18   Those are the Government's words.

19         THE COURT:  It doesn't make any difference.  He is a

20   part of the general hierarchy.  I am not going to do anything

21   for him on these points.

22         Why don't you take an exception and take an appeal,

23   if you want to?

24         MR. PROTASS:  Well, just note my objection to both

25   of the findings.

1        THE COURT:  Yes, of course.

2        I think you -- I think it is a sensible argument.

3   I am not denigrating the argument.  I think it doesn't apply

4   in this case.

5        There is no obstruction of justice here, is there?

6        PROBATION OFFICER:  No, Your Honor.

7        THE COURT:  You are living -- where is your home?

8        THE DEFENDANT:  Staten Island.

9        THE COURT:  Place of incarceration shall be as

10  recommended close to Staten Island, if possible.

11       MR. PROTASS:  Can we make a recommendation -- a

12  request for the prison camp at Fort Dix?

13       THE COURT:  Yes.  I will so recommend.

14       What do you have in the way of assets now?

15       THE DEFENDANT:  Excuse me?

16       THE COURT:  What assets, bank accounts, cars, homes?

17  What do you got?

18       THE DEFENDANT:  A home.

19       THE COURT:  Where?  In Staten Island?

20       THE DEFENDANT:  Yes.  My wife and my home in

21  Brooklyn.  A property in Brooklyn.

22       THE COURT:  What is the equity?

23       THE DEFENDANT:  400- or 500-.

24       THE COURT:  Thousand?

25       THE DEFENDANT:  Yes.

1          THE COURT:  Bank accounts?

2          THE DEFENDANT:  Yes.

3          THE COURT:  How much in there.

4          THE DEFENDANT:  Not much.

5          THE COURT:  Cars?

6          THE DEFENDANT:  No cars.

7          THE COURT:  You don't own a car?

8          THE DEFENDANT:  No.  There was a used car.  I got

9  rid of the car when I got arrested.

10         THE COURT:  Well, what is the Government's

11 recommendation for a fine?

12         PROBATION OFFICER:  6,000 to 60,000.

13         MR. LIPTON:  Judge, I don't think that the

14 Government will take a position.  We're within that range.

15 I will say that Mr. Cali does own property -- I think the one

16 he is referring to is in Brooklyn -- and they are building

17 a house that is a multi-million-dollar house in Staten Island

18 that I believe when they were putting it up for bail had

19 significant equity, over -- I think it was a million dollars.

20         THE COURT:  6,000 to what?

21         PROBATION OFFICER:  6,000 to 60,000, Your Honor.

22         MR. PROTASS:  Your Honor, if I can just interrupt

23 you.

24         THE COURT:  Yes.  Let's hear you on the fine.

25         MR. PROTASS:  I apologize.

U.S.A. v. FRANK CALI                          20

1        You had just said that it was a Level 19.  In the

2   plea agreement the Government and Mr. Cali agreed that he

3   would have a minor role enhancement -- a minor role

4   adjustment.  The PSR --

5        THE COURT:  Well, this is a minor role?

6        MR. LIPTON:  The parties had come to an agreement,

7   Your Honor, that there was a minor role adjustment and --

8        THE COURT:  That is not reflected on the tally

9   sheet.

10       MR. LIPTON:  You're right, Your Honor.  I don't

11  believe that I had gotten to that yet, but probation did this

12  with the Government's and defense counsel's assessment.

13       THE COURT:  All right.  I will go along with the

14  Government on this deal because I think it was a minor role in

15  this deal.  So that brings it down to 17.

16       MR. PROTASS:  No.  It brings it down to 13, Your

17  Honor.

18       THE COURT:  How?

19       MR. PROTASS:  The 19 includes four points for

20  leadership role, and then there is a minus two.  So it is a

21  six-point difference.

22       THE COURT:  Well, what is the Government's feel on

23  this?

24       MR. LIPTON:  We stand by the plea agreement, Your

25  Honor, which was a minus two for role as opposed to plus four.

1          THE COURT:  Well, let's get -- go through this

2     again.

3          I will follow the Government's position at the

4     moment.  The offense level computation -- base offense is 18.

5          Everyone agrees; is that correct?

6          PROBATION OFFICER:  Correct.

7          MR. LIPTON:  Correct.

8          MR. PROTASS:  Correct.

9          THE COURT:  Expressed or implied threat, the

10    Government wants two.  The defendant objects.

11         I am giving the Government two; is that correct?

12         MR. LIPTON:  That is correct.

13         THE COURT:  Loss exceeds 10,000.  The defendants

14    wants zero.  The Government wants one.

15         I am giving you one; is that correct?

16         MR. LIPTON:  Yes, Judge.

17         THE COURT:  That gives us 21 up to that point; is

18    that correct?

19         MR. LIPTON:  That is correct.

20         MR. PROTASS:  Yes.

21         THE COURT:  Now, adjustment for the role in the

22    offense.

23         What is the Government's view?

24         MR. LIPTON:  Pursuant to the plea agreement, minus

25    two, Your Honor.

1          THE COURT:  Minus two?

2          MR. LIPTON:  Yes.

3          THE COURT:  And the probation objects?

4          PROBATION OFFICER:  Correct, Your Honor.

5          THE COURT:  I am giving him a minus two based upon

6    the agreement and the nature of the specific offense here,

7    where the role was peripheral.

8          That brings us down to 19; is that correct?

9          MR. LIPTON:  Yes.

10          THE COURT:  Acceptance of responsibility is minus

11    three; is that right?

12          PROBATION OFFICER:  Yes, Your Honor.

13          MR. PROTASS:  That is correct.

14          MR. LIPTON:  Yes, Your Honor.

15          THE COURT:  The global is minus three; is that

16    right?

17          PROBATION OFFICER:  Yes, Your Honor.

18          MR. LIPTON:  Yes, Your Honor.

19          MR. PROTASS:  Yes, Your Honor.

20          THE COURT:  That brings us down to 13; is that

21    right?

22          MR. PROTASS:  Yes, Your Honor.

23          PROBATION OFFICER:  Yes, Your Honor.

24          MR. LIPTON:  That is correct, Your Honor.

25          THE COURT:  Okay.  What else?

1          PROBATION OFFICER:  That is it, Your Honor.

2          MR. LIPTON:  And I believe the final range off of 13

3    would then be different.

4          THE COURT:  Well, is it agreed now it is 13?

5          MR. PROTASS:  Well, with our exceptions.

6          THE COURT:  Of course.

7          PROBATION OFFICER:  That is 3,000 to 30,000, Your

8    Honor.

9          THE COURT:  That is 3 to 30.  Okay.

10          PROBATION OFFICER:  And the custody is 12 to

11    18 months.

12          THE COURT:  Yes.

13          MR. LIPTON:  Custody range is --

14          (Whereupon a cellular telephone rings in the

15    courtroom.)

16          PROBATION OFFICER:  And the custody range is 12 to

17    18 months.

18          THE COURT:  Okay.  So we are agreed now?  We know

19    where we are?  We are all on the same page?

20          MR. LIPTON:  Yes, Judge.  I believe so.

21          THE COURT:  3 to 30 and 12 to 18 months; is that

22    right?

23          PROBATION OFFICER:  Yes, Judge.

24          MR. LIPTON:  Yes, Judge.

25          THE COURT:  Okay.  And that is my finding with

1   respect to the applicable guideline.

2           LAW CLERK:  Yes, Your Honor.

3           THE COURT:  Is restitution being sought?

4           MR. LIPTON:  Yes, Judge.  But I think pursuant to

5   Your Honor's order we are going to address that in September.

6           THE COURT:  You understand that?

7           MR. PROTASS:  Yes, Your Honor.

8           THE COURT:  You may have to face restitution.

9           Do you understand that?

10          THE DEFENDANT:  Yes.

11          THE COURT:  Do you?

12          THE DEFENDANT:  Yes.

13          THE COURT:  The special assessment is $100 subject

14  to all of the conditions of 5(d)(1)3(a)(c)(e) and (d).

15          Do you want them read?

16          MR. PROTASS:  No, Your Honor.

17          MR. LIPTON:  Your Honor, we would ask that that

18  include that Mr. Cali not be -- not associate with known

19  members or associates of organized crime.

20          THE COURT:  I will get to that.

21          Have you ever been treated for psychiatric problems?

22          THE DEFENDANT:  No.

23          THE COURT:  Drug or alcohol abuse?

24          THE DEFENDANT:  No.  No, Your Honor.

25          THE COURT:  Gambling?

1              THE DEFENDANT:  No.

2              THE COURT:  You are to have no guns during this

3       period.

4              THE DEFENDANT:  No.

5              THE COURT:  No drugs --

6              THE DEFENDANT:  No.

7              THE COURT:  -- except by prescription.

8              THE DEFENDANT:  No.

9              THE COURT:  You are not to have anything to do with

10      any members of criminal gangs or criminals.

11             Do you understand that?

12             THE DEFENDANT:  Yes.

13             THE COURT:  Was any of your property taken when you

14      were arrested?

15             THE DEFENDANT:  No, Your Honor.

16             THE COURT:  You understand that you have the limited

17      rights to appeal; is that right?

18             THE DEFENDANT:  Yes.

19             THE COURT:  What is the amount of incarceration that

20      kicks in his right to appeal?

21             MR. LIPTON:  Under the plea agreement, Your Honor,

22      I believe that is 18 months.

23             THE COURT:  18 months?

24             MR. LIPTON:  Let me make sure.

25             It is 24 months, Your Honor.

1          THE COURT:  Okay.  All right.  I will hear you on

2    *Booker* and 3553A and any other elements that you would like to

3    address.

4          MR. PROTASS:  Thank you, Your Honor.

5          As you know, we have requested -- Mr. Cali has been

6    incarcerated since the day of his arrest, which was

7    February 7th.  Today is the six-month anniversary of his

8    arrest, and as Your Honor knows, we requested a sentence of

9    time served.  And we still -- even though the Court enhanced

10   the guidelines two points for expressed or implied threat, and

11   even though the Court enhanced it for one point on the money,

12   we still think that a sentence of time served, the six months

13   that he has served is appropriate given the nature and

14   circumstances of this offense and given Mr. Cali's role in the

15   offense, which was minor and was limited, really, to making

16   one inquiry on behalf of the one of his co-defendants

17   concerning a company working on the NASCAR site; as it turns

18   out, had nothing to do whatsoever with the NASCAR conspiracy.

19         It really just alerted one of his co-defendants that

20   there was work to be had at the NASCAR site.

21         And in any event, as I pointed out to the Court, and

22   I won't belabor the point, there really were two deals here

23   for the NASCAR conspiracy.  My client was involved only in the

24   first one, which failed, and in which no money was exchanged,

25   and his role in that first one was minor.

1      Mr. Cali has absolutely no criminal history

2  whatsoever.  He's never been arrested, never been charged, and

3  never been convicted of any offense.  He has worked his entire

4  life, and he had a company called Bondtell, U.S.A., which was

5  a food and wine import company.  It was doing reasonably well.

6  It had -- it had significant sales.  He had five employees.

7      Unfortunately, Mr. Cali has lost his business as a

8  result of his guilty plea here because when you resell --

9  import wine into New York State and resell it, you have to

10  have a license by the feds and the state, and those licenses

11  require the owner to have no criminal record; so Mr. Cali has

12  been forced to sell his interest in the company, something he

13  has spent the past five years building.

14      He did start another company, a cardboard packaging

15  company, shortly before his arrest, and he intends, upon his

16  release, to go back and build that company, just as he has

17  built Bondtell into the company it is today.

18      I will also point out that Mr. Cali, as you can see,

19  is wearing a cast on his right arm.  And that is as a result

20  of a broken -- broken thumb; is that right?

21      THE DEFENDANT:  That's right.

22      MR. PROTASS:  A fractured thumb that he fractured in

23  a basketball game at the Queens detention facility.  It got

24  bent backwards.  After swelling, significantly the Queens

25  people took Mr. Cali to Jamaica Hospital, where he was

1   x-rayed.  It was determined that it was a fracture.  The

2   doctor there said that he wanted to see Mr. Cali again and

3   re-x-ray it, the reason being that he was concerned about how

4   it was setting.

5          There are two possible results from that.  Number

6   one is that he would have to have surgery to insert a metal

7   pin.  Or if they didn't do that, it would heal the way it is,

8   and somewhere down the road, in order to fix it they would

9   have to rebreak his hand and then reset it.

10          The doctor wanted to see him two weeks ago.  The

11  Queens facility has not taken him to see the doctor.  So I

12  suspect it may be too late at this point to have the surgery

13  and put a pin in.  I don't know.  I do know that he doesn't

14  want the treatment at the Jamaica Hospital.  I do know that,

15  you know, your hand and thumb is very important and that he

16  requires treatment on his hand.

17          And as I said, he served six months already.  We are

18  talking about a guidelines range of 12 to 18 months, as Your

19  Honor has found.  A year and a day would certainly be the low

20  end of the range, which would net out a sentence of somewhere

21  in the range of ten and a half months.

22          And we feel, in light of his criminal history, his

23  role, you know, his work history, his hand, his three young

24  children that a sentence of time served is appropriate and

25  would satisfy the conditions of 3553A, at least considering

1   the nature and circumstances of the offense, the history and

2   characteristics of the defendant.  I think it would serve as

3   an adequate deterrent, it is adequate to protect the public

4   from someone who has never had any problems with the law,

5   never before in his life.

6           And so we ask that Your Honor impose a sentence of

7   time served of six months.

8           THE COURT:  Thank you.

9           Do you want to add anything, sir?

10          THE DEFENDANT:  No, thank you, Your Honor.

11          THE COURT:  Thank you.

12          THE DEFENDANT:  No, thank you.

13          THE COURT:  Mr. Lipton.

14          MR. LIPTON:  The Government, pursuant to the plea

15  agreement with defense counsel, indicated that it would not

16  take a position where within the guideline range, Your Honor,

17  to sentence him.

18          We do believe, though, that a guideline sentence

19  between 12 to 18 months is an appropriate and warranted

20  sentence in this case.  A non guideline sentence below that we

21  think is not warranted given that Mr. Cali is an acting

22  captain in the Gambino family who, at quite a young age, has

23  risen quite far in that family and has managed to navigate

24  around the legal system and has not been arrested until this

25  case.

1    But despite that, the Government does have evidence

2   which the Government introduced at the detention hearing.  And

3   I believe there was an appeal before Your Honor indicating --

4   no.  There was no appeal.  Sorry.  It was just a second

5   request made to a different Magistrate in which we outlined

6   Mr. Cali's rise in the Gambino family and the number of

7   criminal acts -- number of criminal activities and schemes

8   that he has been involved with over the years, going back to

9   the 1980s, which I will go into if Your Honor would like.  But

10  suffice it to say it hasn't been because he has been a dutiful

11  employee of his importing company that has allowed him to gain

12  such a foothold and obtain such status in the Gambino family.

13    And it is only because of that status that he had

14  the participation in the conspiracy that he was charged with.

15  It was because of his status that they had to go to him and

16  get the clearance initially so that he would get a piece of

17  it.  And ultimately money was paid.  It wasn't a tremendous

18  amount, but the money was paid from that victim because of the

19  Gambino family's ability, and Mr. Cali's position as evidence

20  of that, to force him to make those payments or else the work

21  would not continue.

22    So for those reasons, Your Honor, for his role, for

23  his characteristics, we ask that Your Honor sentence him to a

24  guideline sentence, but we do not take a position where within

25  the guideline range you do so.

1        MR. PROTASS:  If I could respond very briefly, Your

2   Honor.

3        THE COURT:  Yes.  Of course.

4        MR. PROTASS:  Mr. Cali -- we did have a bail hearing

5   earlier, Your Honor, and I point out that the Magistrate Judge

6   who heard that hearing found very clearly that Mr. Cali did

7   not pose a threat to society and didn't impose a threat to

8   anybody.

9        And I think as was said by the charged in the

10  indictment, Mr. Cali is charged in only two of the counts of

11  the indictment, Count 38 and 39 relating to the NASCAR.

12       He is mentioned substantively really on only two

13  pages of the indictment.  He is not charged in the RICO count,

14  which comprises over half of the indictment, that is, Count 1

15  of the indictment.  His role, as Your Honor found earlier,

16  with regard to this NASCAR conspiracy, was peripheral.

17       And we, therefore, respectfully submit that, you

18  know, six months is a sufficient sentence for that peripheral

19  involvement in a conspiracy that ultimately failed, and there

20  was no money that was exchanged.

21       THE COURT:  Thank you.

22       This is a serious offense.  The defendant is a good

23  family person.  He has a good work record, but he is a

24  criminal.

25       In view of the seriousness of the offense and to

1  promote respect for the law and just punishment, a substantial

2  term of imprisonment is required.  Specific deterrent as a

3  general deterrent is required for the sentence to protect the

4  public.  No educational or vocational training or medical

5  treatment while in prison is advantageous.

6          Now, why don't you want to go to Jamaica Hospital?

7  It is a fairly good hospital.

8          THE DEFENDANT:  They were supposed to take me back

9  to get X rays again, but they never took me to see if it was

10  healing properly.

11          THE COURT:  Well, I will order them to take you

12  back, if you want.

13          THE DEFENDANT:  Judge, I don't know if they're --

14  that is fine.

15          THE COURT:  All right.  Then make sure he gets taken

16  back immediately.

17          MR. LIPTON:  I will communicate take to the Queens

18  Detention Center, Your Honor.

19          THE COURT:  The Court has considered the kind of

20  sentences available and the range and the sentencing

21  commission policy and other statements, each element of 3553A

22  give substantial weight to the guidelines and all other

23  considerations, and sentences the defendant to 18 months in

24  prison with a fine of $30,000, the fine to be payable over the

25  years of release from prison, payable no interest.  No

1   interest on the special assessment.

2           THE CLERK:  He is named in Counts 38 and 39, Judge.

3   He pled to --

4           MR. PROTASS:  Count 38.

5           MR. LIPTON:  We move to dismiss the remaining

6   counts.

7           THE COURT:  Granted.

8           Good luck.

9           MR. PROTASS:  Thank you.

10           MR. LIPTON:  Thank you, Judge.

11           (Sentencing proceeding concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

U.S.A. v. FRANK CALI                                                    1

## $

**$100** [1] - 24:13
**$13,000** [1] - 15:18
**$30,000** [1] - 32:24

## 0

**08-CR-00076** [1] - 1:3

## 1

**1** [3] - 4:23, 8:21, 31:14
**10,000** [1] - 21:13
**10165** [1] - 1:19
**10:30** [1] - 1:8
**11201** [2] - 1:15, 1:23
**12** [5] - 23:10, 23:16, 23:21, 28:18, 29:19
**13** [4] - 20:16, 22:20, 23:2, 23:4
**13,000** [1] - 17:1
**1301** [1] - 1:19
**134** [4] - 7:2, 7:6, 7:19, 8:8
**136** [4] - 7:2, 7:6, 7:19, 8:8
**137** [4] - 7:2, 7:6, 7:19, 8:9
**139** [4] - 7:2, 7:7, 7:20, 8:9
**140** [2] - 8:17, 8:20
**143** [2] - 10:18, 15:9
**16** [2] - 8:1, 8:8
**17** [4] - 7:24, 8:17, 8:20, 20:15
**18** [11] - 8:1, 8:8, 21:4, 23:11, 23:17, 23:21, 25:22, 25:23, 28:18, 29:19, 32:23
**19** [5] - 6:14, 9:13, 20:1, 20:19, 22:8
**1951** [1] - 14:14
**1980s** [1] - 30:9

## 2

**2** [1] - 6:1
**2008** [3] - 1:7, 4:3, 4:22
**21** [1] - 21:17
**22** [1] - 6:14
**225** [1] - 1:22
**24** [1] - 25:25
**271** [1] - 1:14

## 3

**3** [2] - 23:9, 23:21
**3,000** [1] - 23:7
**30** [2] - 23:9, 23:21
**30,000** [1] - 23:7
**305** [1] - 1:18
**3553A** [3] - 26:2, 28:25, 32:21
**38** [3] - 31:11, 33:2, 33:4

**39** [2] - 31:11, 33:2
**3rd** [1] - 4:22

## 4

**4** [12] - 7:1, 7:6, 7:19, 8:1, 8:8, 10:3, 10:9, 10:22, 11:23, 13:3, 13:6, 15:23
**400** [1] - 18:23
**4th** [2] - 7:13, 7:14

## 5

**5(d)(1)3(a)(c)(e** [1] - 24:14
**500-** [1] - 18:23

## 6

**6,000** [3] - 19:12, 19:20, 19:21
**60,000** [2] - 19:12, 19:21

## 7

**7** [2] - 1:7, 4:3
**7th** [1] - 26:7

## 9

**95** [6] - 7:1, 7:2, 7:6, 7:19, 8:1, 8:8
**99** [4] - 7:2, 7:6, 7:19, 8:8

## A

**a.m** [1] - 1:8
**ability** [2] - 10:6, 30:19
**absent** [1] - 8:25
**absolutely** [2] - 10:22, 27:1
**abuse** [1] - 24:23
**accept** [1] - 5:13
**Acceptance** [1] - 22:10
**According** [1] - 16:21
**according** [2] - 11:1, 17:16
**accounted** [1] - 6:3
**accounts** [2] - 18:16, 19:1
**accurate** [1] - 4:24
**accused** [2] - 14:12, 14:14
**acting** [4] - 8:17, 8:23, 13:2, 29:21
**action** [1] - 17:7
**activities** [1] - 30:7
**activity** [1] - 10:20
**acts** [1] - 30:7
**actual** [2] - 13:17, 14:25
**add** [3] - 8:4, 8:6, 29:9
**address** [4] - 5:18, 5:19, 24:5, 26:3
**addressed** [1] - 10:11
**adequate** [2] - 29:3
**adjustment** [3] - 20:4, 20:7, 21:21

**advantageous** [1] - 32:5
**affirmed** [1] - 7:20
**age** [1] - 29:22
**ago** [1] - 28:10
**agree** [2] - 4:16, 6:12
**agreed** [4] - 16:17, 20:2, 23:4, 23:18
**agreement** [7] - 20:2, 20:6, 20:24, 21:24, 22:6, 25:21, 29:15
**agrees** [1] - 21:5
**Aided** [1] - 1:25
**alcohol** [1] - 24:23
**alerted** [1] - 26:19
**allegations** [2] - 8:23, 11:2
**alleged** [3] - 9:2, 11:9, 12:5
**allowed** [1] - 30:11
**amended** [1] - 8:13
**AMERICA** [1] - 1:3
**amount** [3] - 15:14, 25:19, 30:18
**anniversary** [1] - 26:7
**anytime** [1] - 13:23
**apart** [1] - 16:20
**apologize** [1] - 19:25
**appeal** [6] - 15:7, 17:22, 25:17, 25:20, 30:3, 30:4
**appear** [1] - 12:21
**Appearances** [1] - 2:3
**APPEARANCES** [1] - 1:12
**applicable** [1] - 24:1
**applied** [1] - 10:20
**apply** [7] - 7:21, 7:24, 8:11, 9:24, 12:23, 18:3
**appropriate** [4] - 6:7, 26:13, 28:24, 29:19
**argument** [3] - 14:11, 18:2, 18:3
**arm** [1] - 27:19
**arrangement** [2] - 11:16, 11:20
**arrest** [3] - 26:6, 26:8, 27:15
**arrested** [4] - 19:9, 25:14, 27:2, 29:24
**assessment** [3] - 20:12, 24:13, 33:1
**assets** [2] - 18:14, 18:16
**Assistant** [1] - 1:16
**associate** [1] - 24:18
**associates** [1] - 24:19
**attorney** [4] - 3:7, 3:14, 3:16, 5:19
**Attorney** [1] - 1:14
**Attorneys** [1] - 1:16
**August** [4] - 1:7, 4:3, 7:13, 7:14
**available** [1] - 32:20
**Avenue** [1] - 1:18

## B

**backwards** [1] - 27:24
**bail** [2] - 19:18, 31:4
**bank** [1] - 18:16
**Bank** [1] - 19:1
**base** [1] - 21:4
**Based** [1] - 5:12

**based** [3] - 11:17, 15:22, 22:5
**basketball** [1] - 27:23
**BEFORE** [1] - 1:9
**began** [1] - 17:13
**begin** [1] - 9:10
**beginning** [1] - 7:12
**behalf** [5] - 2:9, 3:20, 3:21, 17:17, 26:16
**belabor** [1] - 26:22
**below** [1] - 29:20
**bent** [1] - 27:24
**BENTON** [1] - 1:13
**better** [1] - 12:10
**between** [1] - 29:19
**Bondtell** [2] - 27:4, 27:17
**Booker** [1] - 26:2
**BOP's** [1] - 6:22
**briefly** [1] - 31:1
**bring** [1] - 6:14
**brings** [4] - 20:15, 20:16, 22:8, 22:20
**broken** [2] - 27:20
**Brooklyn** [6] - 1:5, 1:15, 1:23, 18:21, 19:16
**brother** [3] - 2:21, 2:24, 3:4
**brother-in-law** [3] - 2:21, 2:24, 3:4
**build** [1] - 27:16
**building** [2] - 19:16, 27:13
**built** [1] - 27:17
**business** [1] - 27:7
**BY** [1] - 1:15

## C

**Cadman** [2] - 1:14, 1:22
**calculation** [2] - 6:3, 9:13
**Cali** [31] - 2:2, 2:7, 2:19, 3:21, 6:22, 7:3, 7:7, 7:22, 7:24, 8:11, 8:17, 8:21, 8:23, 12:8, 12:9, 13:8, 17:8, 19:15, 20:2, 24:18, 26:5, 27:1, 27:7, 27:11, 27:18, 27:25, 28:2, 29:21, 31:4, 31:6, 31:10
**CALI** [1] - 1:6
**Cali's** [6] - 11:21, 12:7, 16:15, 26:14, 30:6, 30:19
**camp** [1] - 18:12
**CAMPBELL** [1] - 1:13
**capable** [1] - 4:14
**captain** [4] - 8:18, 8:23, 13:2, 29:22
**captured** [1] - 12:19
**car** [3] - 19:7, 19:8, 19:9
**cardboard** [1] - 27:14
**cars** [2] - 18:16, 19:6
**Cars** [1] - 19:5
**case** [8] - 10:20, 12:20, 12:23, 14:11, 15:11, 18:4, 29:20, 29:25
**cases** [2] - 14:4, 15:11
**Cassarino** [2] - 10:2, 17:17
**cast** [1] - 27:19
**category** [1] - 9:14

**caveat** [1] - 7:23
**Cefalu** [1] - 11:10
**cellular** [1] - 23:14
**center** [1] - 14:7
**Center** [1] - 32:18
**certain** [1] - 12:7
**certainly** [1] - 28:19
**challenge** [2] - 5:22, 10:7
**change** [1] - 15:9
**characteristics** [2] - 29:2, 30:23
**characterized** [1] - 16:14
**charge** [3] - 8:24, 8:25, 14:22
**charged** [7] - 8:21, 11:3, 27:2, 30:14, 31:9, 31:10, 31:13
**children** [1] - 28:24
**circumstances** [3] - 6:7, 26:14, 29:1
**cite** [1] - 11:22
**citizen** [1] - 3:11
**clear** [1] - 13:7
**clearance** [1] - 30:16
**cleared** [1] - 14:4
**clearly** [1] - 31:6
**CLERK** [5] - 2:1, 2:13, 2:18, 24:2, 33:2
**clerk** [1] - 2:16
**client** [9] - 10:21, 11:3, 11:9, 11:16, 12:12, 16:6, 16:24, 17:3, 26:23
**client's** [1] - 12:20
**close** [2] - 13:18, 18:10
**co** [5] - 11:11, 11:21, 12:7, 26:16, 26:19
**co-defendants** [5] - 11:11, 11:21, 12:7, 26:16, 26:19
**codefendants** [2] - 11:10, 16:15
**coercion** [1] - 10:16
**collapsed** [1] - 13:11
**commission** [1] - 32:21
**communicate** [1] - 32:17
**company** [10] - 11:11, 26:17, 27:4, 27:5, 27:12, 27:14, 27:15, 27:16, 27:17, 30:11
**comprises** [1] - 31:14
**computation** [1] - 21:4
**Computer** [1] - 1:25
**concerned** [1] - 28:3
**concerning** [1] - 26:17
**concluded** [1] - 33:11
**conclusions** [1] - 17:11
**conditions** [2] - 24:14, 28:25
**conduct** [2] - 6:19, 6:21
**conflict** [1] - 3:16
**connection** [1] - 12:11
**consideration** [1] - 6:23
**considerations** [1] - 32:23
**considered** [1] - 32:19
**considering** [1] - 28:25
**conspiracy** [14] - 11:3, 11:15, 14:21, 15:1, 15:4, 15:19, 16:10, 17:10, 26:18, 26:23, 30:14, 31:16, 31:19
**conspirator** [1] - 14:15

**contact** [7] - 10:22, 10:24, 11:1, 11:2, 12:17, 13:6, 13:15
**contemplation** [1] - 13:13
**contentions** [2] - 3:18, 3:20
**contested** [2] - 9:16, 9:19
**continue** [1] - 30:21
**continuous** [1] - 17:6
**contract** [2] - 12:3, 12:4
**control** [1] - 13:6
**convicted** [1] - 27:3
**cooperating** [5] - 13:15, 13:20, 15:23, 16:16, 16:19
**cordial** [1] - 13:18
**Corozzo** [2] - 15:22, 17:17
**Correct** [5] - 17:14, 21:6, 21:7, 21:8, 22:4
**correct** [13] - 6:14, 8:2, 9:13, 16:1, 21:5, 21:11, 21:12, 21:15, 21:18, 21:19, 22:8, 22:13, 22:24
**counsel** [4] - 3:5, 4:16, 13:9, 29:15
**counsel's** [1] - 20:12
**Count** [4] - 8:21, 31:11, 31:14, 33:4
**count** [3] - 6:2, 8:22, 31:13
**counting** [3] - 14:19, 14:23, 15:3
**country** [1] - 3:11
**Counts** [1] - 33:2
**counts** [2] - 31:10, 33:6
**course** [4] - 17:6, 18:1, 23:6, 31:3
**COURT** [136] - 1:1, 2:6, 2:12, 2:20, 2:23, 3:1, 3:3, 3:6, 3:9, 3:11, 3:13, 3:16, 3:18, 3:23, 3:25, 4:2, 4:6, 4:9, 4:13, 4:18, 4:21, 5:1, 5:3, 5:6, 5:8, 5:10, 5:12, 5:16, 5:18, 5:22, 6:5, 6:9, 6:12, 6:16, 7:4, 7:15, 7:17, 8:1, 8:3, 8:7, 8:13, 8:19, 9:1, 9:4, 9:7, 9:9, 9:13, 9:18, 9:20, 10:3, 10:9, 10:13, 10:19, 10:24, 11:5, 11:7, 13:5, 13:12, 13:25, 14:8, 14:18, 14:21, 15:16, 15:20, 15:25, 16:4, 16:8, 16:10, 17:1, 17:12, 17:19, 18:1, 18:7, 18:9, 18:13, 18:16, 18:19, 18:22, 18:24, 19:1, 19:3, 19:5, 19:7, 19:10, 19:20, 19:24, 20:5, 20:8, 20:13, 20:18, 20:22, 21:1, 21:9, 21:13, 21:17, 21:21, 22:1, 22:3, 22:5, 22:10, 22:15, 22:20, 22:25, 23:4, 23:6, 23:9, 23:12, 23:18, 23:21, 23:25, 24:3, 24:6, 24:8, 24:11, 24:13, 24:20, 24:23, 24:25, 25:2, 25:5, 25:7, 25:9, 25:13, 25:16, 25:19, 25:23, 26:1, 29:8, 29:11, 29:13, 31:3, 31:21, 32:11, 32:15, 32:19, 33:7
**Court** [10] - 1:21, 1:22, 4:13, 4:23, 5:18, 5:19, 26:9, 26:11, 26:21, 32:19
**Courthouse** [1] - 1:4
**courtroom** [1] - 23:15
**crime** [1] - 24:19
**criminal** [8] - 9:14, 25:10, 27:1, 27:11, 28:22, 30:7, 31:24
**Criminal** [1] - 2:1
**criminals** [1] - 25:10
**custody** [2] - 23:10, 23:16

**Custody** [1] - 23:13
**cut** [4] - 12:9, 13:25, 16:24, 17:4

## D

**d)** [1] - 24:14
**deal** [19] - 9:20, 12:5, 12:6, 12:9, 12:10, 12:12, 13:8, 13:13, 16:14, 16:18, 16:19, 16:22, 16:24, 16:25, 17:2, 17:3, 20:14, 20:15
**dealing** [2] - 6:1, 10:3
**deals** [4] - 13:10, 16:13, 17:6, 26:22
**dealt** [1] - 17:5
**DEFENDANT** [42] - 2:11, 2:17, 2:19, 2:25, 3:2, 3:8, 3:10, 3:12, 3:15, 4:25, 5:2, 5:5, 5:7, 5:9, 5:11, 5:21, 18:8, 18:15, 18:18, 18:20, 18:23, 18:25, 19:2, 19:4, 19:6, 19:8, 24:10, 24:12, 24:22, 24:24, 25:1, 25:4, 25:6, 25:8, 25:12, 25:15, 25:18, 27:21, 29:10, 29:12, 32:8, 32:13
**Defendant** [3] - 1:7, 1:18, 2:15
**defendant** [10] - 2:12, 6:13, 7:22, 13:6, 13:14, 21:10, 29:2, 31:22, 32:23
**defendant's** [1] - 4:13
**defendants** [13] - 6:4, 6:20, 7:3, 7:9, 7:20, 8:9, 10:12, 11:11, 11:21, 12:7, 21:13, 26:16, 26:19
**defense** [4] - 9:12, 13:9, 20:12, 29:15
**define** [1] - 16:13
**demeanor** [1] - 4:14
**demonstrates** [1] - 13:18
**denigrating** [1] - 18:3
**Department** [1] - 7:11
**departure** [1] - 4:4
**deported** [1] - 3:13
**despite** [1] - 30:1
**Detention** [1] - 32:18
**detention** [3] - 11:19, 27:23, 30:2
**determined** [1] - 28:1
**deterrent** [3] - 29:3, 32:2, 32:3
**difference** [3] - 16:8, 17:19, 20:21
**different** [5] - 13:10, 15:1, 17:10, 23:3, 30:5
**DiMaria** [2] - 15:22, 17:17
**directly** [2] - 7:22, 8:11
**disagree** [1] - 12:24
**disagreed** [1] - 12:25
**dismiss** [1] - 33:5
**disposition** [2] - 6:6, 6:10
**DISTRICT** [2] - 1:1, 1:1
**District** [1] - 1:10
**Dix** [1] - 18:12
**doctor** [3] - 28:2, 28:10, 28:11
**document** [1] - 6:2
**Doe** [4] - 10:22, 11:23, 13:3, 15:23
**dollar** [1] - 19:17
**dollars** [1] - 19:19
**Domenico** [1] - 11:10

**done** [1] - 16:18
**double** [3] - 14:19, 14:23, 15:3
**down** [6] - 6:14, 20:15, 20:16, 22:8, 22:20, 28:8
**downward** [1] - 4:4
**Drug** [1] - 24:23
**drugs** [1] - 25:5
**dump** [4] - 11:22, 15:24, 16:16, 17:13
**dumped** [1] - 12:3
**dumping** [4] - 11:22, 11:23, 12:2, 17:12
**during** [1] - 25:2
**dutiful** [1] - 30:10

## E

**East** [2] - 1:14, 1:22
**EASTERN** [1] - 1:1
**economic** [2] - 14:10, 14:16
**educational** [1] - 32:4
**element** [1] - 32:21
**elements** [1] - 26:2
**employee** [1] - 30:11
**employees** [1] - 27:6
**end** [3] - 7:12, 12:1, 28:20
**enhanced** [2] - 26:9, 26:11
**enhancement** [3] - 12:22, 15:14, 20:3
**enterprise** [1] - 8:22
**enticed** [1] - 14:17
**entire** [1] - 27:3
**entirely** [1] - 5:6
**enumerated** [1] - 7:8
**equity** [2] - 18:22, 19:19
**Ernest** [2] - 11:11, 15:22
**ESQUIRE** [1] - 1:13
**EVAN** [1] - 1:16
**event** [1] - 26:21
**evidence** [6] - 7:15, 7:20, 8:10, 13:18, 30:1, 30:19
**exceeds** [1] - 21:13
**except** [1] - 25:7
**exception** [1] - 17:22
**exceptions** [1] - 23:5
**exchange** [3] - 11:24, 12:13, 16:17
**exchanged** [2] - 26:24, 31:20
**exclusive** [3] - 11:21, 11:23, 12:2
**Excuse** [1] - 18:15
**Exhibit** [1] - 4:23
**explained** [1] - 3:7
**express** [1] - 9:16
**Expressed** [1] - 21:9
**expressed** [2] - 9:20, 26:10
**extent** [3] - 6:23, 7:3, 15:3
**extortion** [1] - 13:3

## F

**face** [1] - 24:8

**facility** [2] - 27:23, 28:11
**fact** [3] - 9:9, 12:8, 13:13
**failed** [2] - 26:24, 31:19
**fairly** [1] - 32:7
**family** [11] - 2:20, 2:22, 2:23, 8:18, 13:1, 17:8, 29:22, 29:23, 30:6, 30:12, 31:23
**family's** [1] - 30:19
**far** [2] - 11:15, 29:23
**Fatico** [1] - 5:14
**February** [1] - 26:7
**feds** [1] - 27:10
**fell** [1] - 16:20
**few** [1] - 5:25
**file** [1] - 3:20
**Filippeli** [1] - 10:1
**fill** [2] - 11:22, 12:3
**final** [1] - 23:2
**findings** [3] - 9:9, 10:14, 17:25
**fine** [6] - 2:25, 19:11, 19:24, 32:14, 32:24
**first** [7] - 5:25, 12:12, 16:14, 17:1, 17:8, 26:24, 26:25
**five** [2] - 27:6, 27:13
**fix** [1] - 28:8
**follow** [1] - 21:3
**following** [1] - 7:18
**food** [1] - 27:5
**foothold** [1] - 30:12
**force** [1] - 30:20
**forced** [1] - 27:12
**Fort** [1] - 18:12
**forth** [2] - 7:10, 11:18
**four** [2] - 20:19, 20:25
**Four** [1] - 17:12
**fourth** [1] - 7:17
**fracture** [1] - 28:1
**fractured** [2] - 27:22
**Frank** [2] - 2:2, 2:19
**FRANK** [1] - 1:6
**freighted** [1] - 10:15
**FREIGHTED** [1] - 10:16

## G

**gain** [1] - 30:11
**Gambino** [7] - 8:18, 13:1, 17:7, 29:22, 30:6, 30:12, 30:19
**Gambling** [1] - 24:25
**game** [1] - 27:23
**gang** [1] - 14:3
**gangs** [1] - 25:10
**general** [3] - 12:25, 17:20, 32:3
**given** [4] - 11:23, 26:13, 26:14, 29:21
**global** [4] - 6:1, 6:6, 6:10, 22:15
**Government** [22] - 1:13, 2:3, 2:4, 6:12, 7:21, 8:10, 9:11, 12:5, 12:20, 16:14, 16:23, 16:24, 17:16, 19:14, 20:2, 20:14, 21:10, 21:11, 21:14, 29:14, 30:1, 30:2

U.S.A. v. FRANK CALI    4

**Government's** [13] - 6:5, 11:18, 11:19, 12:8, 13:20, 16:21, 17:18, 19:10, 20:12, 20:22, 21:3, 21:23
**Granted** [1] - 33:7
**Grillo** [2] - 11:11, 15:22
**guideline** [6] - 24:1, 29:16, 29:18, 29:20, 30:24, 30:25
**guidelines** [7] - 4:9, 6:3, 14:22, 15:5, 26:10, 28:18, 32:22
**guilty** [4] - 5:8, 5:10, 27:8
**Guilty** [1] - 5:11
**guns** [1] - 25:2

## H

**Haasnoot** [1] - 2:9
**half** [2] - 28:21, 31:14
**hand** [5] - 2:14, 28:9, 28:15, 28:16, 28:23
**HARLAN** [1] - 1:18
**Harlan** [1] - 2:7
**harm** [2] - 14:16, 14:17
**heal** [1] - 28:7
**healing** [1] - 32:10
**hear** [3] - 9:18, 19:24, 26:1
**heard** [1] - 31:6
**hearing** [4] - 5:16, 30:2, 31:4, 31:6
**heavily** [1] - 10:14
**Hello** [1] - 2:11
**help** [1] - 14:9
**hierarchy** [1] - 17:20
**highly** [1] - 6:24
**hiring** [1] - 5:14
**history** [5] - 9:14, 27:1, 28:22, 28:23, 29:1
**home** [4] - 2:22, 18:7, 18:18, 18:20
**homes** [1] - 18:16
**Honor** [81] - 2:5, 2:8, 2:11, 2:22, 2:25, 3:2, 3:17, 3:22, 4:1, 4:5, 4:7, 5:15, 5:17, 5:24, 6:2, 6:7, 6:15, 6:23, 8:2, 8:5, 8:12, 8:21, 9:12, 9:15, 9:23, 9:25, 10:5, 10:11, 10:18, 10:21, 11:14, 12:17, 12:24, 13:14, 14:6, 15:15, 16:2, 16:5, 16:7, 17:16, 18:6, 19:21, 19:22, 20:7, 20:10, 20:17, 20:25, 21:25, 22:4, 22:12, 22:14, 22:17, 22:18, 22:19, 22:22, 22:23, 22:24, 23:1, 23:8, 24:2, 24:7, 24:16, 24:17, 24:24, 25:15, 25:21, 25:25, 26:4, 26:8, 28:19, 29:6, 29:10, 29:16, 30:3, 30:9, 30:22, 30:23, 31:2, 31:5, 31:15, 32:18
**Honor's** [2] - 14:20, 24:5
**HONORABLE** [1] - 1:10
**Hospital** [3] - 27:25, 28:14, 32:6
**hospital** [1] - 32:7
**hours** [1] - 12:19
**house** [2] - 19:17
**hundreds** [1] - 12:19

## I

**ice** [1] - 13:25
**immediately** [1] - 32:16
**implications** [1] - 10:16
**implicit** [1] - 14:5
**implied** [9] - 9:16, 9:21, 10:7, 12:25, 14:16, 14:25, 21:9, 26:10
**import** [2] - 27:5, 27:9
**important** [2] - 16:13, 28:15
**importing** [1] - 30:11
**impose** [2] - 29:6, 31:7
**imposes** [1] - 6:24
**imprisonment** [1] - 32:2
**improper** [1] - 17:10
**inappropriate** [1] - 8:24
**incarcerated** [1] - 26:6
**incarceration** [2] - 18:9, 25:19
**incarceratory** [1] - 6:24
**inclined** [1] - 15:10
**include** [1] - 24:18
**included** [2] - 6:9, 7:25
**includes** [1] - 20:19
**inclusion** [1] - 6:20
**indicated** [1] - 29:15
**indicating** [1] - 30:3
**indictment** [7] - 8:22, 9:3, 31:10, 31:11, 31:13, 31:14, 31:15
**individual** [3] - 13:1, 13:3, 13:20
**individuals** [1] - 15:21
**informant** [1] - 10:9
**information** [1] - 5:12
**inquiry** [1] - 26:16
**insert** [1] - 28:6
**instances** [1] - 13:17
**intends** [1] - 27:15
**interest** [3] - 27:12, 32:25, 33:1
**interesting** [4] - 11:14, 14:19, 14:24, 15:5
**interrupt** [1] - 19:22
**Interstate** [2] - 11:12, 11:14
**interstate** [1] - 11:13
**introduced** [1] - 30:2
**involved** [8] - 7:20, 8:10, 10:14, 11:17, 12:12, 14:16, 26:23, 30:8
**involvement** [1] - 31:19
**Island** [4] - 18:8, 18:10, 18:19, 19:17
**issue** [3] - 5:16, 10:10, 15:15
**itself** [1] - 16:23

## J

**JACK** [1] - 1:10
**Jamaica** [3] - 27:25, 28:14, 32:6
**January** [1] - 4:22
**JBW** [1] - 1:3
**Joey** [1] - 2:4
**JOEY** [1] - 1:15

**John** [4] - 10:22, 11:23, 13:3, 15:23
**joinder** [1] - 17:10
**Judge** [22] - 1:10, 4:8, 4:11, 4:12, 4:19, 4:23, 7:23, 9:2, 9:6, 10:10, 13:7, 17:14, 19:13, 21:16, 23:20, 23:23, 23:24, 24:4, 31:5, 32:13, 33:2, 33:10
**July** [1] - 9:25
**June** [1] - 4:22
**jury** [1] - 5:16
**justice** [1] - 18:5

## K

**kicks** [1] - 25:20
**kind** [2] - 15:6, 32:19
**knees** [1] - 14:3
**known** [1] - 24:18
**knows** [1] - 26:8

## L

**lack** [1] - 12:10
**ladder** [1] - 14:4
**last** [1] - 7:12
**late** [1] - 28:12
**LAW** [4] - 2:1, 2:13, 2:18, 24:2
**law** [7] - 2:15, 2:21, 2:24, 3:4, 9:9, 29:4, 32:1
**leadership** [1] - 20:20
**least** [2] - 14:22, 28:25
**legal** [1] - 29:24
**Leonard** [1] - 15:21
**less** [1] - 15:8
**letter** [3] - 3:21, 4:2, 7:11
**Level** [1] - 20:1
**level** [1] - 21:4
**Levy** [1] - 4:23
**license** [1] - 27:10
**licenses** [1] - 27:10
**life** [2] - 27:4, 29:5
**light** [2] - 8:24, 28:22
**limited** [2] - 25:16, 26:15
**LIPTON** [48] - 1:15, 2:4, 3:19, 4:8, 4:12, 4:19, 6:6, 7:23, 9:2, 9:11, 10:5, 10:10, 12:24, 13:7, 14:14, 15:18, 15:21, 16:1, 16:5, 16:9, 17:5, 17:14, 19:13, 20:6, 20:10, 20:24, 21:7, 21:12, 21:16, 21:19, 21:24, 22:2, 22:9, 22:14, 22:18, 22:24, 23:2, 23:13, 23:20, 23:24, 24:4, 24:17, 25:21, 25:24, 29:14, 32:17, 33:5, 33:10
**Lipton** [2] - 2:4, 29:13
**living** [1] - 18:7
**look** [1] - 4:21
**Loss** [1] - 21:13
**loss** [2] - 15:17, 15:18
**lost** [2] - 12:2, 27:7
**Louis** [1] - 10:1

**low** [1] - 28:19
**luck** [1] - 33:8

## M

**Madison** [1] - 1:18
**Magistrate** [2] - 30:5, 31:5
**managed** [1] - 29:23
**manual** [1] - 4:10
**manuscript** [1] - 4:21
**Mario** [1] - 10:2
**matter** [3] - 6:4, 6:20, 8:16
**matters** [1] - 15:2
**meals** [1] - 13:19
**medical** [1] - 32:4
**member** [2] - 2:20, 2:22
**members** [2] - 24:19, 25:10
**memo** [2] - 11:19
**memorandum** [2] - 12:9, 13:16
**mentioned** [1] - 31:12
**met** [2] - 10:23, 12:18
**metal** [1] - 28:6
**million** [2] - 19:17, 19:19
**minor** [7] - 20:3, 20:5, 20:7, 20:14, 26:15, 26:25
**minus** [6] - 20:20, 20:25, 21:24, 22:5, 22:10, 22:15
**Minus** [1] - 22:1
**Minutes** [1] - 1:24
**mob** [3] - 10:15, 10:19, 14:9
**mob-related** [1] - 10:19
**moment** [1] - 21:4
**money** [6] - 15:15, 26:11, 26:24, 30:17, 30:18, 31:20
**month** [1] - 26:7
**months** [14] - 23:11, 23:17, 23:21, 25:22, 25:23, 25:25, 26:12, 28:17, 28:18, 28:21, 29:7, 29:19, 31:18, 32:23
**morning** [5] - 2:5, 2:6, 2:8, 3:21, 14:20
**motion** [1] - 3:20
**motions** [2] - 3:18, 3:19
**move** [1] - 33:5
**MR** [104] - 2:4, 2:7, 2:21, 3:17, 3:19, 3:24, 4:1, 4:5, 4:7, 4:8, 4:11, 4:12, 4:17, 4:19, 5:15, 5:17, 5:24, 6:6, 6:17, 7:5, 7:14, 7:16, 7:23, 8:2, 8:16, 8:20, 9:2, 9:6, 9:8, 9:11, 9:12, 9:15, 9:19, 9:23, 10:5, 10:10, 10:21, 11:1, 11:6, 11:8, 12:24, 13:7, 13:14, 14:6, 14:14, 14:20, 15:13, 15:18, 15:21, 16:1, 16:5, 16:6, 16:9, 16:12, 17:3, 17:5, 17:14, 17:15, 17:24, 18:11, 19:13, 19:22, 19:25, 20:6, 20:10, 20:16, 20:19, 20:24, 21:7, 21:8, 21:12, 21:16, 21:19, 21:20, 21:24, 22:2, 22:9, 22:13, 22:14, 22:18, 22:19, 22:22, 22:24, 23:2, 23:5, 23:13, 23:20, 23:24, 24:4, 24:7, 24:16, 24:17, 25:21, 25:24, 26:4, 27:22, 29:14, 31:1, 31:4, 32:17, 33:4, 33:5, 33:9, 33:10

**multi** [1] - 19:17
**multi-million-dollar** [1] - 19:17

## N

**name** [1] - 2:18
**named** [1] - 33:2
**narrative** [1] - 16:21
**NASCAR** [16] - 11:3, 11:5, 11:6, 11:8, 11:12, 11:15, 11:22, 14:7, 15:25, 16:1, 26:17, 26:18, 26:20, 26:23, 31:11, 31:16
**nature** [3] - 22:6, 26:13, 29:1
**navigate** [1] - 29:23
**need** [2] - 8:5, 13:23
**negotiating** [1] - 17:7
**net** [1] - 28:20
**never** [10] - 10:23, 12:18, 27:2, 27:3, 29:4, 29:5, 32:9
**new** [2] - 12:5, 12:6, 16:22, 16:23, 16:25
**NEW** [1] - 1:1
**New** [6] - 1:5, 1:15, 1:19, 1:23, 27:9
**Nicholas** [1] - 15:22
**non** [1] - 29:20
**NORRIS** [1] - 1:16
**note** [1] - 17:24
**nothing** [2] - 11:14, 26:18
**notwithstanding** [1] - 6:8
**number** [2] - 30:6, 30:7
**Number** [8] - 10:3, 10:9, 10:22, 11:23, 13:3, 13:6, 15:23, 28:5
**numbers** [1] - 8:5

## O

**object** [2] - 4:6, 6:20
**objection** [2] - 7:7, 17:24
**objections** [1] - 7:10
**objects** [2] - 21:10, 22:3
**observes** [1] - 4:13
**obstruction** [1] - 18:5
**obtain** [1] - 30:12
**obtained** [3] - 11:21, 12:1, 12:13
**obtuse** [1] - 15:6
**OF** [2] - 1:1, 1:3
**offense** [13] - 6:19, 6:21, 16:22, 21:4, 21:22, 22:6, 26:14, 26:15, 27:3, 29:1, 31:22, 31:25
**OFFICER** [20] - 2:9, 6:11, 6:15, 7:13, 8:4, 8:12, 10:18, 18:6, 19:12, 19:21, 21:6, 22:4, 22:12, 22:17, 22:23, 23:1, 23:7, 23:10, 23:16, 23:23
**Official** [1] - 1:22
**once** [1] - 15:23
**one** [24] - 7:23, 7:25, 8:16, 11:9, 11:10, 11:21, 13:10, 13:13, 13:14, 15:13, 16:15, 19:15, 21:14, 21:15, 26:11,

26:16, 26:19, 26:24, 26:25, 28:6
**one-point** [1] - 15:13
**opinion** [1] - 6:8
**opportunity** [1] - 3:22
**opposed** [1] - 20:25
**option** [1] - 10:6
**order** [4] - 14:20, 24:5, 28:8, 32:11
**organized** [1] - 24:19
**Otherwise** [2] - 8:13, 9:5
**outlined** [1] - 30:5
**own** [4] - 12:7, 16:21, 19:7, 19:15
**owner** [1] - 27:11

## P

**packaging** [1] - 27:14
**page** [1] - 23:19
**pages** [1] - 31:13
**paid** [10] - 12:7, 15:19, 15:21, 16:4, 16:6, 17:1, 17:16, 30:17, 30:18
**Paid** [1] - 15:20
**Paragraph** [6] - 6:1, 7:2, 7:19, 7:24, 10:18, 15:9
**paragraph** [3] - 7:18, 8:5, 10:17
**paragraphs** [3] - 6:19, 7:8, 7:25
**Paragraphs** [5] - 7:1, 7:4, 7:6, 8:8, 8:17
**part** [4] - 7:7, 12:10, 17:9, 17:20
**participation** [1] - 30:14
**particular** [1] - 13:1
**parties** [1] - 20:6
**past** [1] - 27:13
**pay** [2] - 14:9, 17:9
**payable** [2] - 32:24, 32:25
**payments** [4] - 16:3, 16:19, 17:15, 30:20
**people** [4] - 10:6, 13:5, 14:1, 27:25
**percentage** [1] - 11:24
**period** [1] - 25:3
**peripheral** [2] - 22:7, 31:16, 31:18
**person** [3] - 10:14, 12:1, 31:23
**personal** [1] - 13:18
**physical** [2] - 14:10, 14:17
**piece** [2] - 13:9, 30:16
**pin** [2] - 28:7, 28:13
**Place** [1] - 18:9
**place** [1] - 13:4
**Plaza** [2] - 1:14, 1:22
**plea** [7] - 5:13, 20:2, 20:24, 21:24, 25:21, 27:8, 29:14
**plead** [2] - 5:8, 5:10
**pleading** [1] - 4:23
**pled** [1] - 33:3
**plus** [1] - 20:25
**point** [11] - 12:22, 14:12, 15:13, 16:12, 20:21, 21:17, 26:11, 26:22, 27:18, 28:12, 31:5
**pointed** [2] - 13:16, 26:21
**points** [7] - 5:25, 6:13, 9:16, 15:8,

17:21, 20:19, 26:10
**policy** [1] - 32:21
**pose** [1] - 31:7
**position** [5] - 19:14, 21:3, 29:16, 30:19, 30:24
**possible** [3] - 4:1, 18:10, 28:5
**prejudicial** [1] - 6:25
**prescription** - 25:7
**present** [3] - 2:20, 2:21, 2:23
**presentence** [6] - 3:6, 5:23, 7:17, 11:18, 11:20, 15:14
**primary** [1] - 13:15
**prison** [4] - 18:12, 32:5, 32:24, 32:25
**probation** [2] - 20:11, 22:3
**PROBATION** [20] - 2:9, 6:11, 6:15, 7:13, 8:4, 8:12, 10:18, 18:6, 19:12, 19:21, 21:6, 22:4, 22:12, 22:17, 22:23, 23:1, 23:7, 23:10, 23:16, 23:23
**Probation** [2] - 2:10, 7:11
**probation's** [1] - 6:8
**problem** [4] - 14:12, 14:19, 14:24, 15:6
**problems** [2] - 24:21, 29:4
**proceeding** [1] - 33:11
**proceedings** [1] - 4:15
**produce** [3] - 7:15, 7:21, 8:10
**produced** [1] - 12:20
**Produced** [1] - 1:24
**profit** [1] - 11:24
**profits** [2] - 12:15, 16:17
**promises** [1] - 5:3
**promote** [1] - 32:1
**proof** [1] - 9:1
**proper** [1] - 4:9
**properly** [1] - 32:10
**property** [3] - 18:21, 19:15, 25:13
**PROTASS** [58] - 1:18, 2:7, 2:21, 3:17, 3:24, 4:1, 4:5, 4:7, 4:11, 4:17, 5:15, 5:17, 5:24, 6:17, 7:5, 7:14, 7:16, 8:2, 8:16, 8:20, 9:6, 9:8, 9:12, 9:15, 9:19, 9:23, 10:21, 11:1, 11:6, 11:8, 13:14, 14:6, 14:20, 15:13, 16:6, 16:12, 17:3, 17:15, 17:24, 18:11, 19:22, 19:25, 20:16, 20:19, 21:8, 21:20, 22:13, 22:19, 22:22, 23:5, 24:7, 24:16, 26:4, 27:22, 31:1, 31:4, 33:4, 33:9
**Protass** [2] - 2:7, 3:20
**protect** [2] - 29:3, 32:3
**provision** [1] - 14:15
**PSR** [5] - 6:1, 6:18, 6:23, 8:24, 20:4
**psychiatric** [1] - 24:21
**public** [2] - 29:3, 32:4
**punishment** [1] - 32:1
**pursuant** [5] - 12:3, 14:14, 15:19, 24:4, 29:14
**Pursuant** [1] - 21:24
**put** [1] - 28:13
**putting** [1] - 19:18

## Q

**Queens** [4] - 27:23, 27:24, 28:11, 32:17
**quite** [2] - 29:22, 29:23
**quoting** [1] - 16:22

## R

**raise** [1] - 2:13
**range** [10] - 19:14, 23:2, 23:13, 23:16, 28:18, 28:20, 28:21, 29:16, 30:25, 32:20
**rather** [1] - 10:6
**ray** [1] - 28:3
**rayed** [1] - 28:1
**rays** [1] - 32:9
**re** [1] - 28:3
**re-x-ray** [1] - 28:3
**read** [3] - 3:6, 8:1, 24:15
**ready** [1] - 3:9
**really** [4] - 26:15, 26:19, 26:22, 31:12
**reason** [1] - 28:3
**reasonably** [1] - 27:5
**reasons** [2] - 9:24, 30:22
**rebreak** [1] - 28:9
**recommend** [1] - 18:13
**recommendation** [2] - 18:11, 19:11
**recommended** [1] - 18:10
**record** [2] - 27:11, 31:23
**recording** [1] - 4:6
**refer** [5] - 6:19, 7:3, 7:7, 7:8, 8:17
**referring** [2] - 8:9, 19:16
**refers** [1] - 16:23
**reflected** [1] - 20:8
**reflects** [1] - 9:23
**regard** [1] - 31:16
**relate** [1] - 6:21
**related** [1] - 10:19
**relates** [1] - 12:25
**relating** [1] - 31:11
**relationship** [1] - 13:19
**release** [2] - 27:16, 32:25
**relevant** [2] - 6:22, 13:12
**remain** [1] - 9:5
**remaining** [1] - 33:5
**remains** [1] - 9:7
**repeated** [1] - 13:16
**report** [6] - 3:6, 5:23, 7:17, 8:13, 11:20, 15:14
**Reporter** [2] - 1:21, 1:22
**request** [3] - 11:13, 18:12, 30:5
**requested** [2] - 26:5, 26:8
**require** [1] - 27:11
**required** [3] - 16:3, 32:2, 32:3
**requires** [1] - 28:16
**resell** [2] - 27:8, 27:9
**reset** [1] - 28:9

**resolution** [1] - 6:1
**respect** [2] - 24:1, 32:1
**respectfully** [1] - 31:17
**respond** [1] - 31:1
**responsibility** [1] - 22:10
**responsible** [1] - 16:11
**restitution** [2] - 24:3, 24:8
**result** [2] - 27:8, 27:19
**results** [1] - 28:5
**resurrected** [1] - 13:11
**return** [1] - 12:16
**RICO** [2] - 8:22, 31:13
**rid** [1] - 19:9
**rights** [6] - 11:22, 11:23, 12:2, 15:24, 17:12, 25:17
**rings** [1] - 23:14
**rise** [1] - 30:6
**risen** [1] - 29:23
**RMR** [1] - 1:21
**road** [1] - 28:8
**role** [14] - 20:3, 20:5, 20:7, 20:14, 20:20, 20:25, 21:21, 22:7, 26:14, 26:25, 28:23, 30:22, 31:15
**RONALD** [1] - 1:21

## S

**sales** [1] - 27:6
**satisfied** [1] - 3:14
**satisfy** [1] - 28:25
**saw** [1] - 14:20
**schemes** [1] - 30:7
**sealed** [3] - 3:23, 3:25, 4:2
**seat** [1] - 3:4
**second** [3] - 17:2, 17:3, 30:4
**see** [8] - 3:22, 14:11, 15:16, 27:18, 28:2, 28:10, 28:11, 32:9
**seeking** [1] - 4:4
**sell** [1] - 27:12
**sensible** [1] - 18:2
**sent** [1] - 7:11
**sentence** [15] - 6:24, 15:9, 26:8, 26:12, 28:20, 28:24, 29:6, 29:17, 29:18, 29:20, 30:23, 30:24, 31:18, 32:3
**sentenced** [2] - 3:9, 6:4
**sentences** [2] - 32:20, 32:23
**sentencing** [7] - 2:1, 10:1, 11:19, 12:8, 13:16, 32:20
**Sentencing** [1] - 33:11
**separate** [1] - 17:6
**September** [1] - 24:5
**serious** [1] - 31:22
**seriousness** [1] - 31:25
**serve** [1] - 29:2
**served** [6] - 26:9, 26:12, 26:13, 28:17, 28:24, 29:7
**set** [2] - 7:10, 11:17
**setting** [1] - 28:4
**shall** [1] - 18:9

U.S.A. v. FRANK CALI                                                          7

**share** [2] - 12:15, 16:17
**shared** [1] - 16:16
**sharing** [1] - 13:19
**sheet** [1] - 20:9
**shifts** [1] - 17:9
**shortly** [1] - 27:15
**sides** [1] - 4:9
**significant** [2] - 19:19, 27:6
**significantly** [1] - 27:24
**simply** [2] - 12:23, 14:7
**Sindee** [1] - 2:9
**site** [5] - 11:12, 15:24, 16:1, 26:17, 26:20
**six** [6] - 20:21, 26:7, 26:12, 28:17, 29:7, 31:18
**six-month** [1] - 26:7
**six-point** [1] - 20:21
**small** [1] - 8:16
**so...** [1] - 13:4
**society** [1] - 31:7
**someone** [1] - 29:4
**someplace** [1] - 13:24
**somewhere** [2] - 28:8, 28:20
**sorry** [1] - 7:5
**Sorry** [1] - 30:4
**sought** [1] - 24:3
**special** [2] - 24:13, 33:1
**specific** [1] - 22:6
**Specific** [1] - 32:2
**spell** [1] - 14:2
**spent** [1] - 27:13
**stand** [2] - 2:13, 20:24
**start** [1] - 27:14
**state** [2] - 2:18, 27:10
**State** [1] - 27:9
**statement** [2] - 4:18, 4:20
**statements** [1] - 32:21
**Staten** [4] - 18:8, 18:10, 18:19, 19:17
**STATES** [2] - 1:1, 1:3
**States** [2] - 1:10, 1:14
**status** [3] - 30:12, 30:13, 30:15
**statutory** [1] - 14:15
**Stenographically** [1] - 1:24
**still** [3] - 5:8, 26:9, 26:12
**stricken** [1] - 8:6
**subject** [1] - 24:13
**submit** [1] - 31:17
**substantial** [2] - 32:1, 32:22
**substantively** [1] - 31:12
**successful** [1] - 12:11
**suffice** [1] - 30:10
**sufficient** [2] - 13:13, 31:18
**Suite** [1] - 1:19
**supposed** [1] - 32:8
**surgery** [4] - 13:21, 13:22, 28:6, 28:12
**suspect** [1] - 28:12
**Swear** [1] - 2:12
**swelling** [1] - 27:24
**sworn** [1] - 2:15

**sycophants** [1] - 14:1
**system** [1] - 29:24

**T**

**table** [1] - 3:5
**tally** [1] - 20:8
**tapes** [4] - 11:2, 12:19, 12:21, 13:17
**telephone** [1] - 23:14
**ten** [1] - 28:21
**term** [1] - 32:2
**terms** [1] - 6:22
**THE** [178] - 2:6, 2:11, 2:12, 2:17, 2:19, 2:20, 2:23, 2:25, 3:1, 3:2, 3:3, 3:6, 3:8, 3:9, 3:10, 3:11, 3:12, 3:13, 3:15, 3:16, 3:18, 3:23, 3:25, 4:2, 4:6, 4:9, 4:13, 4:18, 4:21, 4:25, 5:1, 5:2, 5:3, 5:5, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 5:12, 5:16, 5:18, 5:21, 5:22, 6:5, 6:9, 6:12, 6:16, 7:4, 7:15, 7:17, 8:1, 8:3, 8:7, 8:13, 8:19, 9:1, 9:4, 9:7, 9:9, 9:13, 9:18, 9:20, 10:3, 10:9, 10:13, 10:19, 10:24, 11:5, 11:7, 13:5, 13:12, 13:25, 14:8, 14:18, 14:21, 15:16, 15:20, 15:25, 16:4, 16:8, 16:10, 17:1, 17:12, 17:19, 18:1, 18:7, 18:8, 18:9, 18:13, 18:15, 18:16, 18:18, 18:19, 18:20, 18:22, 18:23, 18:24, 18:25, 19:1, 19:2, 19:3, 19:4, 19:5, 19:6, 19:7, 19:8, 19:10, 19:20, 19:24, 20:5, 20:8, 20:13, 20:18, 20:22, 21:1, 21:9, 21:13, 21:17, 21:21, 22:1, 22:3, 22:5, 22:10, 22:15, 22:20, 22:25, 23:4, 23:6, 23:9, 23:12, 23:18, 23:21, 23:25, 24:3, 24:6, 24:8, 24:10, 24:11, 24:12, 24:13, 24:20, 24:22, 24:23, 24:24, 24:25, 25:1, 25:2, 25:4, 25:5, 25:6, 25:7, 25:8, 25:9, 25:12, 25:13, 25:15, 25:16, 25:18, 25:19, 25:23, 26:1, 27:21, 29:8, 29:10, 29:11, 29:12, 29:13, 31:3, 31:21, 32:8, 32:11, 32:13, 32:15, 32:19, 33:2, 33:7
**therefore** [1] - 31:17
**third** [1] - 10:8
**Thousand** [1] - 18:24
**threat** [16] - 9:16, 10:7, 12:11, 12:14, 12:22, 12:25, 14:5, 14:6, 14:8, 14:25, 15:4, 21:9, 26:10, 31:7
**threats** [8] - 5:3, 9:21, 14:13, 14:16, 14:17, 14:21, 14:23, 15:5
**three** [5] - 6:13, 10:11, 22:11, 22:15, 28:23
**Throughout** [1] - 6:18
**thumb** [3] - 27:20, 27:22, 28:15
**Today** [1] - 26:7
**today** [1] - 27:17
**TOLKIN** [1] - 1:21
**took** [2] - 27:25, 32:9
**training** [1] - 32:4
**Transcript** [1] - 1:24
**transcript** [1] - 4:22

**Transcription** [1] - 1:25
**transferred** [1] - 12:2
**treated** [1] - 24:21
**treatment** [3] - 28:14, 28:16, 32:5
**tremendous** [1] - 30:17
**trial** [3] - 9:4, 9:5, 9:6
**trouble** [1] - 14:10
**truth** [1] - 2:15
**truthful** [1] - 5:1
**turns** [1] - 26:17
**two** [9] - 9:16, 12:22, 13:10, 15:1, 15:8, 16:13, 17:6, 17:10, 20:20, 20:25, 21:10, 21:11, 21:25, 22:1, 22:5, 26:10, 26:22, 28:5, 28:10, 31:10, 31:12
**two-point** [1] - 12:22

**U**

**U.S** [3] - 1:4, 1:16, 2:10
**U.S.A** [3] - 2:2, 3:12, 27:4
**ultimately** [3] - 17:12, 30:17, 31:19
**under** [6] - 6:7, 13:6, 14:14, 14:22, 15:5, 15:9
**Under** [1] - 25:21
**Unfortunately** [1] - 27:7
**UNITED** [2] - 1:1, 1:3
**United** [2] - 1:10, 1:14
**unresolved** [1] - 3:18
**up** [6] - 2:13, 3:3, 14:4, 17:9, 19:18, 21:17

**V**

**Valero** [8] - 11:24, 12:2, 12:6, 12:11, 12:18, 16:15, 16:16, 16:18
**validity** [1] - 14:24
**versus** [1] - 2:2
**victim** [2] - 4:19, 30:18
**victim's** [1] - 4:18
**video** [1] - 4:6
**view** [6] - 6:5, 6:9, 9:22, 9:23, 21:23, 31:25
**vocational** [1] - 32:4
**voice** [1] - 12:20
**voluntary** [1] - 5:6

**W**

**wants** [3] - 21:10, 21:14
**warranted** [2] - 29:19, 29:21
**wearing** [1] - 27:19
**week** [2] - 7:12
**weeks** [1] - 28:10
**weight** [1] - 32:22
**WEINSTEIN** [1] - 1:10
**well-written** [1] - 6:8
**whatsoever** [3] - 12:18, 26:18, 27:2

**whereby** [1] - 11:21
**wife** [2] - 2:22, 18:20
**wine** [2] - 27:5, 27:9
**wish** [2] - 5:8, 5:22
**witness** [5] - 13:15, 13:20, 15:23, 16:16, 16:19
**witnesses** [1] - 5:19
**word** [2] - 12:10, 14:2
**wording** [1] - 8:5
**words** [1] - 17:18
**written** [1] - 6:8

## X

**x-rayed** [1] - 28:1

## Y

**year** [1] - 28:19
**years** [3] - 27:13, 30:8, 32:25
**YORK** [1] - 1:1
**York** [6] - 1:5, 1:15, 1:19, 1:23, 27:9
**young** [2] - 28:23, 29:22
**yourself** [1] - 5:18

## Z

**zero** [1] - 21:14