1L.

CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE _WEINSTEIN_ DATE: _5/1/19_ TIME _10:30 am_

DOCKET NUMBER: _CR03-76_ TITLE _U.S.A. -v- Agate_

DEFT. NAME: _Frank Cali_ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _Harlan Profass_
___Present ___Not Present

DEFT. NAME: _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

ASST. U.S. ATTORNEY _K. Mace_ DEPUTY CLERK: JUNE LOWE

COURT REPORTER _David Roy_ ESR REPORTER_____

INTERPRETER_____ OTHER_____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

_✓_ Case called.

_____ PTC Held. ___PTC ADJOURNED TO_____ at_____

_____ Pretrial Order signed.

_✓_ MOTION CONFERENCE held on _The New York Times_

motion ~~to~~/for _reconsideration_

Arguments heard

     _✓_ Motion granted. (MOTGR___)

     _____ Motion denied. (MOTDN___)

     _____ Decision RESERVED.

     _____ Decision ENTERED ON THE RECORD.

     _____ Hearing adjourned to _____

_Upon reconsideration the court rules that defendant's counsel shall file a redacted pre-sentence report via ecf._

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____    Start Date:_____

                        Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: _____